UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
:
UNITED STATES OF AMERICA        :    **SEALED ORDER**
:
       - v. -                   :    24 Cr. 293
:
ANTON PERAIRE-BUENO, and        :
JAMES PERAIRE-BUENO,            :
:
             Defendants.        :
:
------------------------------ X

WHEREAS on May 8, 2024, a Grand Jury returned a sealed indictment (the "Indictment") charging Anton Peraire-Bueno and James Peraire-Bueno, the defendants, with criminal offenses set forth in Counts One through Three of the Indictment;

WHEREAS on May 8, 2024, issued arrest warrants (the "Arrest Warrants") were issued for the defendants in connection with the Indictment;

WHEREAS on May 15, 2024, the United States seeks to execute the Arrests Warrants, which requires the coordination of arrets in two federal districts;

WHEREAS the United States seeks to provide notification of the Indictment and the arrests to the United States District Judge to whom this Indictment will be assigned as soon as practicable to coordinate the presentment and arraignment of the defendants;

WHEREAS the United States also seeks to provide notification of the Indictment and presentment/arraignment details to counsel for the defendants as soon as practicable;

IT IS HEREBY ORDERED that the Indictment shall be sealed until 9:00 a.m. Eastern Standard Time on May 15, 2024, at which time it shall be unsealed, assigned to a United States District Judge, and docketed in the above-captioned case.

IT IS FURTHER ORDERED that this order shall be sealed until 9:00 a.m. Eastern Standard Time on May 15, 2024, at which time it shall be unsealed and docketed in the above-captioned case.

Dated: New York, New York
May 15, 2024

_____
THE HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE