IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.

ANTON PERAIRE-BUENO,
and JAMES PERAIRE-BUENO

No.  1:24-CR-293 (JGLC)

## NOTICE OF APPEARANCE

Please take note that undersigned counsel is admitted to practice in this Court and appears

in this case as counsel for Defendant Anton Peraire-Bueno.

Respectfully submitted,

/s/ *Daniel N. Marx*
Daniel N. Marx, Esq.
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
DMARX@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document and any attachments filed through the ECF system will
be sent electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) on May 21, 2024.

/s/ *Daniel N. Marx*
Daniel N. Marx