UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>**AFFIDAVIT OF DANIEL SHANAHAN IN SUPPORT OF *PRO HAC VICE* MOTION** |

### DECLARATION OF DANIEL SHANAHAN

I, Daniel Shanahan, do declare as follows:

1. I am a partner at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bar of Maryland and the bar of the District of Columbia. I have attached Certificates of Good Standing from each of those jurisdictions dated within the last 30 days.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct this 22 of May, 2024 in Edgewater, Maryland.

Dated: May 22, 2024

*Daniel Shanahan*
Daniel Shanahan

Subscribed and sworn to before me

This 22 day of May 2024

*Jaime L Boutwell*
Notary Public

My Commission Expires 12/16/24

> JAIME L BOUTWELL
> Notary Public - State of Maryland
> Anne Arundel County
> My Commission Expires Dec 16, 2025

2