UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*** |

The motion of Daniel Shanahan for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of Maryland and the bar of the District of Columbia and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Daniel Shanahan |
| Firm Name: | Williams & Connolly LLP |
| Address: | 680 Maine Avenue, S.W. |
| City/State/Zip: | Washington, D.C. 20024 |
| Telephone/Fax: | (202) 434-5174/ (202) 434-5029 |
| Email: | dshanahan@wc.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for James Peraire-Bueno in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Daniel Shanahan is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                              _____
                                                                                            Hon. Jessica G. L. Clarke
                                                                                            United States District Judge