UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* FOR WILLIAM FICK** |

    Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, William W. Fick, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel in the above-captioned case on behalf of Defendant Anton Peraire-Bueno.

    I am a member in good standing of the bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.

    I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, along with the Certificate of Good Standing from the Commonwealth of Massachusetts.

Dated: May 22, 2024

Respectfully submitted,

Applicant's Name: William W. Fick

Firm name: Fick & Marx LLP
Address: 24 Federal Street, FL 4
City / State / Zip: Boston, MA 02110
Telephone: (857) 321-8360
Fax: (857) 321-8361
Email: wfick@fickmarx.com

*Attorney for Anton Peraire-Bueno*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ William W. Fick