UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>                    Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>**AFFIDAVIT OF WILLIAM FICK IN SUPPORT OF *PRO HAC VICE* MOTION** |

### AFFIDAVIT OF WILLIAM W. FICK

I, William W. Fick, depose and state as follows:

1. I am a partner of Fick & Marx LLP, 24 Federal Street, FL 4, Boston, MA 02110.

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I have attached a Certificate of Good Standing dated within the last 30 days.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct this 22d day of May 2024 in Boston Massachusetts.

Dated: May 22, 2024

*[signature]*

William W. Fick

Subscribed and sworn to before me this 22d day of May  2024

*[signature]*
Notary Public                                               My commission expires:

DANIEL N. MARX
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 31, 2024