UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  -v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>                    Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>**ORDER GRANTING ADMISSION** *PRO HAC VICE* |

The motion of William W. Fick for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | William W. Fick |
| Firm Name: | Fick & Marx LLP |
| Address: | 24 Federal Street, FL 4 |
| City/State/Zip: | Boston, MA 02110 |
| Telephone/Fax: | 857-321-8360 / 857-321-8361 |
| Email: | wfick@fickmarx.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Anton Peraire-Bueno in the above-captioned action;

**IT IS HEREBY ORDERED** that William W. Fick is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   May 24, 2024  

                    Hon. Jessica G. L. Clarke
                    United States District Judge