LAW OFFICES
WILLIAMS & CONNOLLY LLP

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 14, 2024

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312

    Re:    <u>United States v. Anton Peraire-Bueno and James Peraire-Bueno, Case No. 1:24-cr-00293; Consent Motion for Temporary Modification of Bond Condition</u>

Dear Judge Clarke:

    With the consent of Pretrial Services and the government, Defendants James Peraire-Bueno ("James") and Anton Peraire-Bueno ("Anton") respectfully request a temporary modification of their bond conditions for the purpose of liquidating securities in order to pay for counsel in this matter and living expenses.  Both James and Anton have as conditions of their release a prohibition on trading cryptocurrency or securities.  Dkts. 8, 20.  Because their unfrozen assets are largely held in investment accounts, certain of those assets need to be traded in order to be utilized to pay for their legal representation in this case.  Accordingly, James and Anton request a temporary modification of the prohibition on trading to permit them to take all necessary steps, within 7 days from an order allowing this request, to liquidate the following accounts:

| Name | Bank | Account number |
|---|---|---|
| James Peraire-Bueno | Chase | X8002 |
| Anton Peraire-Bueno | Chase | X4005 |
| Anton Peraire-Bueno | Chase | X6240 |
| Anton Peraire-Bueno | Fidelity | X2997 |

    The government consents to this requested modification.  Pre-trial services does not object to this requested modification.

WILLIAMS & CONNOLLY LLP
Hon. Jessica G.L. Clarke
June 14, 2024
Page 2

Sincerely,

/s/ Katherine Trefz

_____
Katherine Trefz (*pro hac vice*)
Daniel Shanahan (*pro hac vice*)
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, D.C. 20024
Tel: 202-434-5000
ktrefz@wc.com
dshanahan@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shairoarato.com

*Attorneys for Defendant*
*James Peraire-Bueno*


/s/ Daniel N. Marx

_____
Daniel N. Marx
William W. Fick (*pro hac vice*)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Tel: 857-321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

*Attorneys for Defendant*
*Anton Peraire-Bueno*