LAW OFFICES
# WILLIAMS & CONNOLLY LLP

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 15, 2024

**MEMO ENDORSED**

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312

Re:   United States v. James Peraire-Bueno, Case No. 1:24-cr-00293; Notice and Request Re: Individual Criminal Rule 3(a)

Dear Judge Clarke:

We respectfully submit this letter pursuant to Rule 3(a) of Your Honor's Individual Rules and Practices in Criminal Cases to request that the Court conduct a *Curcio* hearing as to our client, defendant James Peraire-Bueno, during the Monday, August 19, 2024 proceedings, or whenever thereafter is convenient for the Court.  Mr. Peraire-Bueno's retainer for Williams & Conolly LLP has been funded in part by his co-defendant, Anton Peraire-Bueno, and therefore those funds may be used for legal fees in the future.  Although it is not clear to us whether the Court's Rule regarding "benefactor payments" is intended to cover this situation, we are providing this notice and making this request in an abundance of caution to ensure that the record reflects James Peraire-Bueno's knowing and voluntary decision to waive any potential conflict that may exist.  Mr. Peraire-Bueno is also represented by Jonathan Bach, who will be present at the August 19, 2024 hearing.

We have alerted the government to our intention to make this request and asked whether it would prepare a proposed *Curcio* script for the Court.  We understand that the government will be doing so and submitting the proposed script to the Court.

Sincerely,

*/s/ Katherine Trefz*

_____
Katherine Trefz (*pro hac vice*)

**WILLIAMS & CONNOLLY**LLP®

Notice re: Individual Rule 3(a)
August 15, 2024
Page 2

    Daniel Shanahan (*pro hac vice*)
    Williams & Connolly LLP
    680 Maine Ave., S.W.
    Washington, D.C. 20024
    Tel: 202-434-5000
    ktrefz@wc.com
    dshanahan@wc.com

    Jonathan P. Bach
    Shapiro Arato Bach
    1140 Avenue of the Americas
    17th Floor
    New York, NY 10036
    Tel: 212-257-4897
    jbach@shapiroarato.com

    *Attorneys for Defendant*
    *James Peraire-Bueno*

Application GRANTED. The Court will conduct a *Curcio* hearing as to defendant James Peraire-Bueno during the status conference previously scheduled for Monday, August 19, 2024, at 11:00 a.m. in Courtroom 11B at 500 Pearl Street, New York, New York. The Government shall submit a proposed *Curcio* script with a proposed allocution for the Court to use at the proceeding. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 34.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 15, 2024
       New York, New York