UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                :

UNITED STATES OF AMERICA                 :

                     -v-                                             :             24-CR-293 (JGLC)

ANTON PERAIRE-BUENO, ET AL.,        :            <u>SCHEDULING ORDER</u>

                Defendants.               :

------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

      As ORDERED at the status conference held on **August 19, 2024**, Defendant's motion(s), if any, shall be filed by **December 6, 2024**. The Government's response shall be filed by **January 17, 2025**. Defendant's reply shall be filed by **January 31, 2025**.

      Trial in this case is scheduled for **October 14, 2025** at **10:00 a.m.**

      The parties shall confer and propose a schedule for all applicable pretrial submissions required under the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke. The parties shall submit the proposed schedule by **September 6, 2024**.

      It is further ORDERED that the parties appear for a final pretrial conference on **September 30, 2025**, at **10:00 a.m.** in **Courtroom 11B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      SO ORDERED.

Dated: August 22, 2024                                        _____
       New York, New York

                                                        JESSICA G. L. CLARKE
                                                        United States District Judge