

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 5, 2024

**BY ECF**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Court previously directed the parties to file their proposed schedules for all applicable pretrial submissions required under the Court's rules by September 6, 2024. *See* Dkt. 39. The parties respectfully request a two-week adjournment, until September 20, 2024, to submit such proposals. The parties are continuing to negotiate a mutually agreeable schedule and narrow areas of dispute, and the requested adjournment will permit the parties to continue those discussions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
    Danielle Kudla
    Rushmi Bhaskaran
    Assistant United States Attorneys
    (212) 637-2304 / 2439

Application GRANTED. The parties are directed to file their proposed schedules for all applicable pretrial submissions by **September 20, 2024.** The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 40.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 6, 2024
      New York, New York

cc: Defense Counsel (by ECF)