IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>    Defendants. | Case No.: 1:24-cr-00293-JGLC<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF JOINT MOTION
TO SUPPRESS OR, ALTERNATIVELY, FOR *FRANKS* HEARING**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials cited therein, Defendants Anton Peraire-Bueno and James Peraire-Bueno will jointly move this Court before the Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street, New York, New York, 10007, for an order suppressing all evidence that the government obtained from Google, LLC via search warrants, and all fruits of those poisonous trees, or alternatively, for an evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978).

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's August 22, 2024 Order (ECF 39), opposition papers, if any, shall be served by January 17, 2024, and reply papers, if any, shall be served by January 31, 2025.

The Peraire-Buenos respectfully request oral argument on this motion.

1

Date: December 6, 2024                               Respectfully submitted,

                                                     By: /s/ Katherine Trefz

                                                     Katherine Trefz (*pro hac vice*)
                                                     Daniel Shanahan (*pro hac vice*)
                                                     Patrick J. Looby (*pro hac vice* pending)
                                                     Williams & Connolly LLP
                                                     680 Maine Avenue SW
                                                     Washington, DC 20024
                                                     Tel: (202) 434-5000
                                                     ktrefz@wc.com
                                                     dshanahan@wc.com

                                                     Jonathan P. Bach
                                                     Shapiro Arato Bach
                                                     1140 Avenue of the Americas
                                                     17th Floor
                                                     New York, NY 10036
                                                     Tel: 212-257-4897
                                                     jbach@shapiroarato.com

                                                     *Counsel for Defendant*
                                                     *James Peraire-Bueno*


                                                     By: /s/ Daniel N. Marx

                                                     Daniel N. Marx
                                                     William W. Fick (*pro hac vice*)
                                                     Fick & Marx LLP
                                                     24 Federal Street, 4th Floor
                                                     Boston, MA 02110
                                                     Tel: 857-321-8360
                                                     dmarx@fickmarx.com
                                                     wfick@fickmarx.com

                                                     *Counsel for Defendant*
                                                     *Anton Peraire-Bueno*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

_/s/ Katherine Trefz_
Katherine Trefz
