IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>    Defendants. | Case No.:  1:24-cr-00293-JGLC<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF JOINT
MOTION FOR A BILL OF PARTICULARS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials cited therein, Defendants Anton Peraire-Bueno and James Peraire-Bueno will jointly move this Court before the Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street, New York, New York, 10007, for an order compelling the government to furnish a Bill of Particulars identifying the alleged victims in this case, pursuant to Federal Rule of Criminal Procedure 7(f).

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's August 22, 2024 Order (ECF 39), opposition papers, if any, shall be served by January 17, 2024, and reply papers, if any, shall be served by January 31, 2025.

The Peraire-Buenos respectfully request oral argument on this motion.

1

Date: December 6, 2024				Respectfully submitted,


						By: /s/ Katherine Trefz

						Katherine Trefz (*pro hac vice*)
						Daniel Shanahan (*pro hac vice*)
						Patrick J. Looby (*pro hac vice* pending)
						Williams & Connolly LLP
						680 Maine Avenue SW
						Washington, DC 20024
						Tel: (202) 434-5000
						ktrefz@wc.com
						dshanahan@wc.com
						plooby@wc.com

						Jonathan P. Bach
						Shapiro Arato Bach
						1140 Avenue of the Americas
						17th Floor
						New York, NY 10036
						Tel: 212-257-4897
						jbach@shapiroarato.com

						*Counsel for Defendant*
						*James Peraire-Bueno*


						By: /s/ Daniel N. Marx

						Daniel N. Marx
						William W. Fick (*pro hac vice*)
						Fick & Marx LLP
						24 Federal Street, 4th Floor
						Boston, MA 02110
						Tel: 857-321-8360
						dmarx@fickmarx.com
						wfick@fickmarx.com

						*Counsel for Defendant*
						*Anton Peraire-Bueno*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Katherine Trefz*
Katherine Trefz
