# EXHIBIT 3

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 26, 2024

<u>VIA E-MAIL</u>

Danielle Kudla, Esq.
Rushmi Bhaskaran, Esq.
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

Re:   *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC)

Dear Counsel:

In furtherance of Local Criminal Rule 16.1, I write on behalf of both defendants to inquire as to the government's willingness to issue one or more Bills of Particulars in this matter. Messrs. Peraire-Bueno seek particulars regarding the following items:

1. The identity of each of the three Victim Traders referenced in the Indictment.

2. Each statement or representation alleged to be false or misleading, to whom the government contends it was made, and a description as to how it is allegedly false or misleading. If the government contends that any statement or representation was fraudulent because it omitted material information, any such omitted information and an explanation why Messrs. Peraire-Bueno allegedly had a duty to disclose it.

3. The facts supporting the government's allegation that the Southern District of New York is an appropriate venue for this action.

Please let us know the government's position. To the extent the government believes it would be fruitful to do so, we are also available to confer over the phone.

WILLIAMS & CONNOLLY LLP
Danielle Kudla, Esq. and Rushmi Bhaskaran, Esq.
September 26, 2024
Page 2

Sincerely,

Katie Trefz

cc:   Daniel Marx, Esq.
      William Fick, Esq.