UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **NOTICE OF APPEARANCE & REQUEST** |
| v. | : | **FOR ELECTRONIC NOTIFICATION** |
| | : | |
| ANTON PERAIRE-BUENO, and | : | 24 Cr. 293 (JGLC) |
| JAMES PERAIRE-BUENO, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

by: /s/ Jerry J. Fang
    Jerry J. Fang
    Assistant United States Attorney
    212-637-2584 (office)
    646-823-3688 (mobile)
    Jerry.Fang@usdoj.gov