LAW OFFICES

## WILLIAMS & CONNOLLY LLP

| | | |
|---|---|---|
| KATHERINE A. TREFZ<br>(202) 434-5038<br>ktrefz@wc.com | 680 MAINE AVENUE SW<br>WASHINGTON, DC 20024<br>(202) 434-5000<br>WWW.WC.COM | EDWARD BENNETT WILLIAMS (1920-1988)<br>PAUL R. CONNOLLY (1922-1978) |

January 14, 2025

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312



**MEMO ENDORSED**

Re:   United States v. Anton Peraire-Bueno and James Peraire-Bueno, Case No. 1:24-cr-00293; Consent Motion to Modify Defendants' Bond Conditions

Dear Judge Clarke:

With the consent of Pretrial Services and the government, Defendants James Peraire-Bueno ("James") and Anton Peraire-Bueno ("Anton") respectfully request modification to their bond conditions related to travel.

Defendants request their respective travel conditions of release be modified as follows:

Defendants are permitted to travel to, from, and within the S.D.N.Y., E.D.N.Y., and D. Mass., as well as to the D.D.C. for legal consultation. Additionally, upon 72 hours' advance notice of their itinerary to Pretrial Services and counsel for the government and the consent of Pretrial Services and the government, the defendants are permitted to travel within the continental United States.

The current restrictions on travel are no longer required to reasonably assure James and Anton's presence in court. *See* 18 U.S.C. § 3142(c)(1)(B) (requiring imposition of the least restrictive conditions that will reasonably assure the appearance of the defendant).

All other conditions of release would remain in effect for both defendants: appearance bonds of $250,000 for each, which have been secured by real property owned by their parents; surrender of passports and prohibition on obtaining new passports; prohibition on possession of firearms; supervision as directed by pretrial services; prohibition on discussing

WILLIAMS & CONNOLLY LLP
Consent Motion to Modify Bond Conditions
January 14, 2025
Page 2

case with co-defendant except in the presence of counsel; prohibition on trading securities, commodities, or cryptocurrency, or validating blockchain transactions; and requirement for pretrial services permission to open new business/personal accounts, cryptocurrency accounts, loans, liens, or lines of credit.

Counsel for the government and the defendants' respective Pretrial Services officers all consent to this requested modification.

Sincerely,

/s/ Katherine Trefz

_____
Katherine Trefz (*pro hac vice*)
Daniel Shanahan (*pro hac vice*)
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, D.C. 20024
Tel: 202-434-5000
ktrefz@wc.com
dshanahan@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Attorneys for Defendant*
*James Peraire-Bueno*

/s/ Daniel Marx

_____
Daniel N. Marx
William W. Fick (*pro hac vice*)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Tel: 857-321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

*Attorneys for Defendant Anton Peraire-Bueno*

Application GRANTED. Defendants Anton Peraire-Bueno and James Peraire-Bueno's conditions of bail are modified to permit the Defendants to travel to, from, and within the S.D.N.Y., E.D.N.Y., and D. Mass., as well as to the D.D.C. for legal consultation. Additionally, upon 72 hours' advance notice of their itinerary to Pretrial Services and counsel for the government and the consent of Pretrial Services and the government, the defendants are permitted to travel within the continental United States. All other conditions of bail shall remain in effect. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 60.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 21, 2025
       New York, New York