

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 14, 2025

**BY ECF**
The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Government respectfully writes to request that the Court schedule a conference in this matter to arraign both defendants on Superseding Indictment S1 24 Cr. 293, which was returned by a grand jury in this District on March 12, 2025, and to discuss any potential supplemental motion practice. With respect to scheduling, the parties are available for an arraignment during the week of March 31, 2025, or early in the week of April 7, 2025. The Government also respectfully requests that the Court exclude time as to the Superseding Indictment pursuant to the provisions of the Speedy Trial Act from today's date through the date of any rescheduled conference in the interest of justice. *See* 18 U.S.C. § 3161(h).

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

by: /s/
    Danielle Kudla / Rushmi Bhaskaran / Jerry Fang
    Assistant United States Attorneys
    (212) 637-2304 / 2439 / 2584

cc: Defense Counsel (by ECF)