

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 14, 2025



**BY ECF**
The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

      The Government respectfully writes to request that the Court schedule a conference in this matter to arraign both defendants on Superseding Indictment S1 24 Cr. 293, which was returned by a grand jury in this District on March 12, 2025, and to discuss any potential supplemental motion practice. With respect to scheduling, the parties are available for an arraignment during the week of March 31, 2025, or early in the week of April 7, 2025. The Government also respectfully requests that the Court exclude time as to the Superseding Indictment pursuant to the provisions of the Speedy Trial Act from today's date through the date of any rescheduled conference in the interest of justice. *See* 18 U.S.C. § 3161(h).

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

by:  /s/
      Danielle Kudla / Rushmi Bhaskaran / Jerry Fang
      Assistant United States Attorneys
      (212) 637-2304 / 2439 / 2584

Application GRANTED. The Court has scheduled the arraignment for April 7, 2025 at 3:00 p.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007. The Court finds that the ends of justice served by excluding the time as to the Superseding Indictment between March 14, 2025 and April 7, 2025, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) pursuant to the provisions of the Speedy Trial Act. It is hereby ORDERED that the time between March 14, 2025 and April 7, 2025, is excluded. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 71.

Dated: March 17, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

cc: Defense Counsel (by ECF)