**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:  1:24-cr-00293-JGLC |
| v. | |
| ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF JOINT**
**MOTION FOR ISSUANCE OF PRETRIAL RETURN SUBPOENA**
**PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials cited therein, Defendants Anton Peraire-Bueno and James Peraire-Bueno will jointly move this Court before the Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street, New York, New York, 10007, for an order permitting the issuance of a pretrial return subpoena pursuant to Federal Rule of Criminal Procedure 17(c)(1).

Date: March 27, 2025                    Respectfully submitted,


                                        By: */s/ Katherine Trefz*

                                        Katherine Trefz (*pro hac vice*)
                                        Daniel Shanahan (*pro hac vice*)
                                        Patrick J. Looby (*pro hac vice* pending)
                                        Williams & Connolly LLP
                                        680 Maine Avenue SW
                                        Washington, DC 20024
                                        Tel: (202) 434-5000
                                        ktrefz@wc.com
                                        dshanahan@wc.com
                                        plooby@wc.com

                                        Jonathan P. Bach
                                        Shapiro Arato Bach
                                        1140 Avenue of the Americas
                                        17th Floor
                                        New York, NY 10036
                                        Tel: 212-257-4897
                                        jbach@shapiroarato.com

                                        *Counsel for Defendant*
                                        *James Peraire-Bueno*


                                        By: */s/ Daniel N. Marx*

                                        Daniel N. Marx
                                        William W. Fick (*pro hac vice*)
                                        Fick & Marx LLP
                                        24 Federal Street, 4th Floor
                                        Boston, MA 02110
                                        Tel: 857-321-8360
                                        dmarx@fickmarx.com
                                        wfick@fickmarx.com

                                        *Counsel for Defendant*
                                        *Anton Peraire-Bueno*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Katherine Trefz*
Katherine Trefz