UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>-against-<br><br>ANTON PERAIRE-BUENO and JAMES PERAIRE-BUENO,<br><br>                              Defendants. | 24-CR-293 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The arraignment is scheduled for April 7, 2025 at 3:00 p.m. ECF No. 72. At arraignment, the parties should be prepared to discuss the pending motions, *see* ECF Nos. 48-56, and the extent to which the Superseding Indictment at ECF No. 69 moots any portion of any of the pending motions.

Dated: April 3, 2025
          New York, New York

                                                            SO ORDERED.

                                                            *Jessica Clarke*
                                                            _____
                                                            JESSICA G. L. CLARKE
                                                            United States District Judge