

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 19, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC)

Dear Judge Clarke:

      On May 15, 2025, the defendants Anton Peraire-Bueno and James Peraire-Bueno filed an Opposition to the Government's Motion to Reconsider.  (Dkt. 88).  Consistent with the deadline set by Local Criminal Rule 49.1(c), the Government respectfully provides notice that, unless the Court orders otherwise, the Government intends to file a reply by May 22, 2025.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

by:    */s/*
      Rushmi Bhaskaran / Jerry Fang / Danielle Kudla
      Assistant United States Attorney
      (212) 637-2439 / 2304 / 2584

Cc: Counsel of Record (by ECF)