UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 24-CR-293 (JGLC) |
| ANTON PERAIRE-BUENO, et al., | **ORDER** |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

The *Franks* hearing, previously scheduled for June 17, 2025 at 10:00 a.m., is ADJOURNED *sine die*. Instead, it is hereby ORDERED that all parties, including counsel for Nonparty-1, appear for oral argument in front of the Court on June 17, 2025 at 10:00 a.m., in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Counsel should be prepared to discuss: (1) the Government's motion for reconsideration, in particular the arguments about whether the uncontested allegations establish probable cause; (2) Nonparty-1's motion to quash; and (3) Defendant's pending motion to dismiss.

Dated: June 4, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge