

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 29, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    by:    /s/
        Rushmi Bhaskaran
        Assistant United States Attorney
        (212) 637-2439

Cc: Counsel of Record (by ECF)

Application GRANTED. AUSA Rushmi Bhaskaran is relieved as counsel of record in this case. The Clerk of Court is respectfully directed to terminate Ms. Bhaskaran as a party in this case and the letter motion at ECF No. 114.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 30, 2025
    New York, New York