UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ANTON PERAIRE-BUENO and JAMES PERAIRE-BUENO,

Defendants.

---

24-CR-293 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the parties' full briefing regarding Defendants' Joint Motion to Compel Expert Disclosures. *See* ECF Nos. 102, 103, 111, 113. After reviewing all relevant submissions and for reasons the Court will provide at a later date, the Court denies Defendants' motion. The Government represents that all anticipated testimony at issue is based on that witness's personal knowledge, rationally based on that witness's perception, and not rooted exclusively in that witness's expertise. To the extent the anticipated testimony remains as represented, there is no basis to require expert disclosures for any of the witnesses at issue. Defendants are directed to make any expert disclosures by no later than **August 13, 2025.** The Clerk of Court is respectfully directed to terminate ECF No. 102.

Dated: August 6, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge