

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 22, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Government respectfully writes to seek leave to file the Government's omnibus memorandum of law in support of its motions *in limine* with redactions pursuant to the Court's Individual Rule in Criminal Cases 8(d). The limited redactions apply to details that, if not redacted, may reveal the identity of an unindicted co-conspirator and that remain subject to the rules and procedures set forth in the Protective Order, entered by the Court on May 24, 2024. These redactions have been made at the defendants' request. In accordance, with Rule 8(d)(iii), the Government has filed a redacted version of the relevant memorandum of law on the public docket. The Government has also provided to chambers via email a clean copy of the memorandum, as well as a copy that highlights the material that the Government redacted.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

          by:    */s/*
               Jerry Fang / Danielle Kudla
               Assistant United States Attorney
               (212) 637-2584 / 2304 / (914) 993-1930

Cc: Counsel of Record (by ECF)