**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES<br>PERAIRE-BUENO,<br><br>        Defendants. | Case No.:  1:24-cr-00293-JGLC |

**DECLARATION OF KATHERINE TREFZ IN SUPPORT OF DEFENDANTS'**
**MOTIONS *IN LIMINE***

I, Katherine A. Trefz, declare as follows:

1.      I am a partner at Williams & Connolly LLP, counsel to Defendant James Peraire-Bueno in the above-captioned action.  I am over eighteen years of age and am competent to testify herein.  I make the following statements based on my personal knowledge.

2.      I make this declaration in support of Defendants' joint motions *in limine*, namely their: (1) Motion to Exclude Evidence and Argument Concerning Uncharged Theories of Fraud; (2) Motion to Exclude Evidence of Promises by Third Parties; (3) Motion to Exclude Certain Post-Trade Google Search History; (4) Motion to Exclude Certain Testimony From Nonparty-1; (5) Motion to Exclude Undisclosed Expert Testimony; (6) Motion to Exclude Evidence that Tether Froze Cryptocurrency at the Behest of a Foreign Government; (7) Motion to Exclude Certain News Articles; and (8) Motion to Exclude Twitter Screenshot as Purported Proof of the Alleged False Signature.

3.      Pursuant to the Court's Individual Rule 1(b)(ii), I certify that at 3:00 pm EST on Wednesday, August 20, 2025, the parties conferred in good faith for approximately one hour

1

regarding their respective motions *in limine*.  The parties were unable to reach a resolution on any of the Peraire-Buenos' motions.

4.      Attached as Exhibit 1 is a true and correct copy of a compendium of screenshots of various webpages on Flashbots' website, as captured by the Wayback Machine, identified on the government's preliminary exhibit list as GXs 3502-16.

5.      Attached as Exhibit 2 is a true and correct copy of a letter dated July 8, 2025, from Nonparty-1's counsel, Jeffrey Alberts of Pryor Cashman LLP to me regarding Request No. 3 of Defendants' April 22, 2025, subpoena to Nonparty-1.

6.      Attached as Exhibit 3 is a true and correct copy of a September 6, 2023, email from support@tether.to to low.carb.crusader@proton.me with the subject: "Re: Frozen tokens [#666642]."

7.      Attached as Exhibit 4 is a true and correct copy of a compendium of news articles disclosed on the government's exhibit list as GXs 401-405, 6021, 6024-27, 6034, 6036, 6038, and 6040.

8.      Attached as Exhibit 5 is a true and correct copy of a document disclosed on the government's exhibit list as GX 1061.

9.      Attached as Exhibit 6 is a true and correct copy of a document disclosed on the government's exhibit list as GX 1170, which shows an excerpt of the Google search history of one of the Peraire-Buenos on October 10, 2023.

10.     Attached as Exhibit 7 is a true and correct copy of a document disclosed on the government's exhibit list at GX 1181, which shows a portion of the Google search history of one of the Peraire-Buenos on December 1, 2023.

2

11.     Attached as Exhibit 8 is a true and correct copy of excerpts from privilege logs served by the Peraire-Buenos on the government on April 11, 2025 and August 20, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED on this 22nd day of August, 2025, in Washington, D.C.


By:     */s/ Katherine Trefz*

        Katherine Trefz