# Exhibit 5

```
{
  "message": {
    "slot": "1",
    "proposer_index": "1",
    "parent_root": "0x0000000000000000000000000000000000000000000000000000000000000000",
    "state_root": "0x0000000000000000000000000000000000000000000000000000000000000000",
    "body": {
      "randao_reveal": "0x1b66ac1fb663c9bc59509846d6ec05345bd908eda73e670af888da41af171505cc411d61252fb6cb3fa0017b679f8bb2305b26a285fa2737f175668d0dff91cc1b66a
c1fb663c9bc59509846d6ec05345bd908eda73e670af888da41af171505",
      "eth1_data": {
        "deposit_root": "0x0000000000000000000000000000000000000000000000000000000000000000",
        "deposit_count": "1",
        "block_hash": "0x0000000000000000000000000000000000000000000000000000000000000000"
      },
      "graffiti": "",
      "proposer_slashings": [],
      "attester_slashings": [],
      "attestations": [],
      "deposits": [],
      "voluntary_exits": [],
      "sync_aggregate": {},
      "execution_payload_header": {
        "parent_hash": "0xcf8e0d4e9587369b2301d0790347320302cc0943d5a1884560367e8208d920f2",
        "fee_recipient": "0xabcf8e0d4e9587369b2301d0790347320302cc09",
        "state_root": "0xcf8e0d4e9587369b2301d0790347320302cc0943d5a1884560367e8208d920f2",
        "receipts_root": "0xcf8e0d4e9587369b2301d0790347320302cc0943d5a1884560367e8208d920f2",
        "logs_bloom": "0x0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000",
        "prev_randao": "0xcf8e0d4e9587369b2301d0790347320302cc0943d5a1884560367e8208d920f2",
        "block_number": "1",
        "gas_limit": "1",
        "gas_used": "1",
        "timestamp": "1",
        "extra_data": "0xcf8e0d4e9587369b2301d0790347320302cc0943d5a1884560367e8208d920f2",
        "base_fee_per_gas": "1",
        "block_hash": "0xcf8e0d4e9587369b2301d0790347320302cc0943d5a1884560367e8208d920f2",
        "transactions_root": "0xcf8e0d4e9587369b2301d0790347320302cc0943d5a1884560367e8208d920f2"
      }
    }
  },
  "signature": "0xb679f8bb2305b26a285fa2737f175668d0dff91cc1b66ac1fb663c9bc59509846d6ec05345bd908eda73e670af888da41af1715051b66ac1fb663c9bc59509846d6ec05345bd9
08eda73e670af888da41af171505cc411d61252fb6cb3fa0017"
}
```

USAO_Rel_RESP_00013758