# Exhibit 6

## Search

Searched for charge by indictment vs charge by complaint

Oct 10, 2023, 4:52:08 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here.

## Search

Visited What is a 5K Motion in the Federal Criminal Justice System?

Oct 10, 2023, 4:50:31 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here.

## Search

Searched for 5k letter court

Oct 10, 2023, 4:50:29 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here.