# Exhibit 7

## Search

Visited Platypus Finance hack: authorities arrest two French suspects

Dec 1, 2023, 11:00:32 PM UTC

Products:
  Search
Why is this here?
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here.

## Search

Searched for french court dismisses charges against platypus hackers

Dec 1, 2023, 11:00:27 PM UTC

Products:
  Search
Why is this here?
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here.

## Search

Searched for french court dismisses charges against platypus

Dec 1, 2023, 11:00:19 PM UTC

Products:
  Search
Why is this here?
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here.