# Exhibit 1




# Extraction Report - Apple iOS Full File system

## Searched Items (23)

| # | Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | * |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/11/2024 3:11:10 PM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x21E5D6 (Size: 4608000 bytes) | is mdc or prison sorse | | Unknown | | | | |
| 2 | 5/11/2024 3:11:10 PM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x21E61D (Size: 4608000 bytes) | is mdc or prison sorse | | Unknown | | | | |
| 3 | 5/11/2024 3:10:57 PM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x21E664 (Size: 4608000 bytes) | is prison or jail worse | | Unknown | | | | |
| 4 | 5/11/2024 3:10:57 PM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x21E6AC (Size: 4608000 bytes) | is prison or jail worse | | Unknown | | | | |
| 5 | | Twitter **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/577D0E00-D68A-4C38-97B2-6CBF6DCDB202/Documents/com.atebits.tweetie.application-state/app.acct.0xcurious_rabbit-715605809251035.detail.11 : 0x4A7 (Size: 1889 bytes) | low carb crusader | | Default | | | | |
| 6 | | Twitter **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/577D0E00-D68A-4C38-97B2-6CBF6DCDB202/Documents/com.atebits.tweetie.application-state/app.acct.0xcurious_rabbit-715605809251035.detail.11 : 0x495 (Size: 1889 bytes) | lowcarbcrusader | | Default | | | | |
| 7 | | Twitter **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/577D0E00-D68A-4C38-97B2-6CBF6DCDB202/Documents/com.atebits.tweetie.application-state/app.acct.0xcurious_rabbit-715605809251035.detail.11 : 0x468 (Size: 1889 bytes) | 0x5ED5dD65aB0dC1bCCC44eedAa40680C231FAaa9F | | Default | | | | |

| # | | Source | Query | | Date | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xF72D00 (Size: 25612288 bytes) | are there drugs in prison reddit | Unknown | | | | |
| 9 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xD76425 (Size: 25612288 bytes) | how to get early release prison | Unknown | | | | |
| 10 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xD76533 (Size: 25612288 bytes) | programs to reduce prison sentenxe | Unknown | | | | |
| 11 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xB99A38 (Size: 25612288 bytes) | low carb crusader wstETH | Unknown | | | | |
| 12 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x59FC22 (Size: 25612288 bytes) | best criminal defense litigstion vault | Unknown | | | | |
| 13 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x5C94BD (Size: 25612288 bytes) | can prisoners vote | Unknown | | | | |
| 14 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x44E57B (Size: 25612288 bytes) | how many criminal referrals lead to charges | Unknown | | | | |
| 15 | | Safari<br>Source file: 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x353B26 (Size: 25612288 bytes) | prison daily schedule | Unknown | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | Safari | **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x354774 (Size: 25612288 bytes) | alcohol in prison | | Unknown | | | |
| 17 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x355D02 (Size: 25612288 bytes) | how is federal vs state prison decided | | Unknown | | | |
| 18 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x3546D1 (Size: 25612288 bytes) | how much can money help in low security prison | | Unknown | | | |
| 19 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x355C6A (Size: 25612288 bytes) | are federal or state prisons better | | Unknown | | | |
| 20 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x355BE6 (Size: 25612288 bytes) | best us prisons | | Unknown | | | |
| 21 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x24C781 (Size: 25612288 bytes) | low security prison | | Unknown | | | |
| 22 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x24C6F9 (Size: 25612288 bytes) | federal prison camp | | Unknown | | | |
| 23 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x1C8740 (Size: 25612288 bytes) | where do criminals keep dollars | | Unknown | | | |




**Extraction Report** - Apple iOS Full File system

## Searched Items (16)

| # | Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | * |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/27/2024 12:11:42 AM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x198652 (Size: 4608000 bytes) | andrew tate prison | | Unknown | | | | |
| 2 | 4/27/2024 12:11:41 AM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x198695 (Size: 4608000 bytes) | andrew tate prison | | Unknown | | | | |
| 3 | 4/14/2024 6:35:58 AM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x1559BD (Size: 4608000 bytes) | flashbots democratize | | Unknown | | Yes | | |
| 4 | 4/14/2024 6:35:57 AM(UTC+0) | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x155A03 (Size: 4608000 bytes) | flashbots democratize | | Unknown | | Yes | | |
| 5 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xEAA7D2 (Size: 25612288 bytes) | sbf expected prison sentence | | Unknown | | | | |
| 6 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xD7676F (Size: 25612288 bytes) | martin shrekeli sentence | | Unknown | | | | |
| 7 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xD04941 (Size: 25612288 bytes) | expected sam bankman-fried sentence | | Unknown | | | | |
| 8 | | Safari **Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xBDC2C0 (Size: 25612288 bytes) | israeli cybercrime police wiki | | Unknown | | | | |

| # | | Source | Query | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xBDC076 (Size: 25612288 bytes) | israeli cybercrime police | | Unknown | | | | |
| 10 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xA4BCD0 (Size: 25612288 bytes) | sbf | | Unknown | | | | |
| 11 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x66271C (Size: 25612288 bytes) | eth staking apy mev boost | | Unknown | | | | |
| 12 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x355AF0 (Size: 25612288 bytes) | elizabeth holmes prison | | Unknown | | | | |
| 13 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x24CE2E (Size: 25612288 bytes) | what prison was shrekli in | | Unknown | | | | |
| 14 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x2587AE (Size: 25612288 bytes) | does house arrest count towards sentence | | Unknown | | | | |
| 15 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0x28FACE (Size: 25612288 bytes) | first time felony jail time | | Unknown | | | | |
| 16 | | Safari<br>**Source file:** 00008120-001854A4146BC01E_files_full.zip/private/var/mobile/Containers/Data/Application/E7588D7B-E626-4428-A220-A06B3FC028CF/Library/Image Cache/Favicons/Favicons.db : 0xB1B82 (Size: 25612288 bytes) | do kwon jail time | | Unknown | | | | |