# Exhibit 4

| | |
|---|---|
| **From:** | "Robert Miller" |
| **Sent:** | Sun 4/23/2023 7:02:54 AM (UTC) |
| **To:** | "low.carb.crusader" <low.carb.crusader@proton.me> |
| **Cc:** | "Justin Drake"                         , "samczsun" |
| **Subject:** | Re: Urgent. Block equivocation. |

Confirming receipt of your email. Thank you low carb. Working on mitigations with the team and CL clients.

On Sun, Apr 23, 2023 at 3:47 AM low.carb.crusader <low.carb.crusader@proton.me> wrote:

> Thank you.
> Beacon clients have a parameter called MAXIMUM_GOSSIP_CLOCK_DISPARITY.
>
> If a Beacon client receives a new valid block within MAXIMUM_GOSSIP_CLOCK_DISPARITY of the timestamp, it will add the block to the chain and propagate it on the gossip network.
>
> If a Beacon client receives a block sooner than the block's timestamp - MAXIMUM_GOSSIP_BLOCK_DISPARITY, it either discards it (lighthouse) or adds it to a queue for processing (prysm). Crucially, neither client gossips the block. I have not checked the behavior of other minority clients, but they should not make a difference to the overall strategy since they form a small percentage of the network.
>
> This makes it incredibly easy to win a fork choice race.
>
> 1. call GetPayload with a valid block 1 or 2 seconds before the slot.
> 1a. The RPC call to the relay's node does not use MAXIMUM_GOSSIP_BLOCK_DISPARITY, so the relay Beacon node will propagate it to it's peers. But the block will not be propagated beyond the relay's direct peers.
> 2. Create a competing block with the relay response or from a node directly peered to the relay beacon node.
> 3. Use a non-p2p network to propagate the competing block worldwide. At the timestamp - MAXIMUM_GOSSIP_BLOCK_DISPARITY, re-broadcast the block everywhere.
>
> The relay's direct peers will not re-broadcast the block until at least the block timestamp has passed. In effect, this strategy gives a potential proposer two advantages: a head start in p2p propagation of at least MAXIMUM_GOSSIP_BLOCK_DISPARITY (500ms), and the ability to start propagation from several locations worldwide. While either alone are almost certainly enough to win, using both together ensures the relay's block has no chance.
>
> ------- Original Message -------
>
> On Saturday, April 22nd, 2023 at 4:54 PM, samczsun                                    wrote:
>
>> Sure, if the strategy hasn't been discussed in public yet (either by us or others on Twitter/Discourse/etc) then I will personally refrain from using any negative terms like "exploiter" when referring to you or your actions in future writeups.

On Sat, Apr 22, 2023, 9:59 AM Robert Miller <span style="background:black">████████████████</span> wrote:

Your proposal makes sense to me then. Happy to respect your asks.

On Sat, Apr 22, 2023 at 4:39 PM low.carb.crusader <low.carb.crusader@proton.me> wrote:

This strategy is not covered in the blog post or any other writings I have seen. If you find this strategy does not work, no further action is necessary. I am disclosing it as a goodwill gesture and only asking for the transparency requested in the previous email in return.

------- Original Message -------

On Friday, April 21st, 2023 at 11:44 PM, Robert Miller <span style="background:black">████████████████</span> wrote:

> low carb crusader,
> Thanks for the verification. Confirming receipt of your message. One thing that is that we've thought a lot about equivocation attacks and their mitigations and even published a blog post on it here: https://ethresear.ch/t/equivocation-attacks-in-mev-boost-and-epbs/15338
>
> Does that encompass what you have in mind? I don't want to get into the situation where we agree to something if I can't provide you with what we agree; e.g. if we've already talked about an attack vector in public on an uneditable blog post.
>
> Kind regards,
> Robert Miller
>
> On Sat, Apr 22, 2023 at 12:01 AM low.carb.crusader <low.carb.crusader@proton.me> wrote:
>
>> I have ECDSA signed "low carb crusader" from my address 0xF489Bd7bC0589Ae10C6dd7f39Eb429F3aACe746e
>> 0xc001ab59f6f09aacac50ccfa2d17a1fc8dcd0a3ee8f12a2f9ca677c2e5970c1857c5611d986097c41ed9f4cd82f474458154686186fb73a086b0ae8b469622841c
>> ------- Original Message -------
>> On Friday, April 21st, 2023 at 3:25 PM, Justin Drake <span style="background:black">████████████████</span> wrote:

> Does this seem reasonable?
Please provide a BLS signature of "low carb crusader" from the equivocating proposer.

On Sat, 22 Apr 2023 at 00:20, low.carb.crusader <low.carb.crusader@proton.me> wrote:

It has saddened me to see the situation reported as a "relay exploit". The reporting misses various elements that would make the strategy possible even if the parent and state root had been set such that the relay beacon node accepted the block, and that would make a substantially similar strategy possible today. Even if the relay behaved exactly as expected, with or without the implemented changes, such a strategy would still be possible.

I am ready to describe the details that would make this strategy still possible today. In return, I ask that you make this public as soon as mitigations are taken. Both that I am willingly disclosing this information, and that what is currently being referred to as the "relay exploit" was a non-critical part of the strategy and events of the day. I also ask that in doing so, you do not refer to me as the "relay exploiter" or "sandwich the ripper". A name such as "bread breaker", "low carb crusader", or any other descriptive neutral name would be appreciated.

Does this seem reasonable?

Could the three of you please confirm receipt of this message?
------- Original Message -------
On Friday, April 21st, 2023 at 6:14 PM, samczsun ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

> As per my website both these emails are mine, but I don't have access to my work phone right now so I asked Robert to cc my personal :)
>
> On Fri, Apr 21, 2023 at 3:09 PM Robert Miller ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

I got in touch with sam over telegram, he confirmed that is his email and he can receive your disclosure, but he can't confirm that over the paradigm email at the moment because he is away from his work phone. He offered to reply from his personal email instead (cc'd here) if you prefer.

Kind regards,
Robert Miller

On Fri, Apr 21, 2023 at 11:04 PM Justin Drake ███ wrote:

BTW, it would be helpful if you signed a message with the equivocating proposer's key :)

On Fri, 21 Apr 2023 at 23:57, Robert Miller ███ wrote:

███ also matches the email I have for sam and have interacted with before.
Kind regards,
Robert Miller

On Fri, Apr 21, 2023 at 10:56 PM Robert Miller ███ wrote:

Confirmed receipt, feel free to disclose
Kind regards,
Robert Miller

On Fri, Apr 21, 2023 at 10:52 PM Justin Drake ███ wrote:

Hello low carb. Please use

██████████ :) Feel free to disclose!

On Fri, 21 Apr 2023 at 23:48, low.carb.crusader <low.carb.crusader@proton.me> wrote:

> Greetings. I am responsible for the equivocated block last week. I have a message about block equivocation that I think you would find useful. I could send it to security@flashbots.net, but it is not about a bug in the relay nor mev-boost and I am not looking for a bug bounty. I would prefer to speak to Robert Miller, Justin Drake, and samczsun.
> Could the three of you confirm receipt of this message, that these three emails are correct, and that it is acceptable for me to disclose the information to you directly?

--
Kind regards,
Robert Miller


--
Kind regards,
Robert Miller