# Exhibit 5

| | |
|---|---|
| **From:** | "low.carb.crusader" <low.carb.crusader@proton.me> |
| **Sent:** | Wed 10/4/2023 7:18:24 PM (UTC) |
| **To:** | "contact@trmlabs.com" <contact@trmlabs.com> |
| **Subject:** | Address flagging: Low-carb-crusader |

I am the owner of 0x3c98d617db017f51C6A73a13E80E1FE14cD1D8Eb. It appe= ars that TRM has listed that address as being involved in illicit activity.= I am not aware of any evidence nor legal basis that would support that con= clusion. What is the reasoning for such a listing?
I look forward to hearing back promptly.
Thank you,
LCC

PB_DEF_000395