# Exhibit 6

Message

**From:** low.carb.crusader [low.carb.crusader@proton.me]
**Sent:** 10/9/2023 6:20:55 PM
**To:** contact@trmlabs.com
**Subject:** Re: Address flagging: Low-carb-crusader

Hello,

Can you confirm that you have received my email? When should I expect to receive a response?

Thank you,
LCC

------- Original Message -------
On Wednesday, October 4th, 2023 at 12:18 PM, low.carb.crusader <low.carb.crusader@proton.me> wrote:

> I am the owner of 0x3c98d617db017f51C6A73a13E80E1FE14cD1D8Eb. It appears that TRM has listed that address as being involved in illicit activity. I am not aware of any evidence nor legal basis that would support that conclusion. What is the reasoning for such a listing?
>
> I look forward to hearing back promptly.
>
> Thank you,
> LCC

PB_DEF_000489