# Exhibit A

**Evidence Title: GX 3727.mp4**

**This transcript is unverified.**

***An unverified transcript may have been generated through a combination of speech-to-text technology and human edits. As a result, it may contain errors, so please refer to the corresponding evidence.***

**Last edited by**

**This transcript starts at Sep 3, 2025 2:00 PM -04:00 and is 1m 24s in length**

[00:07]
Damian Williams *<silence>*

[00:10]
Damian Williams *Today, I am announcing the first criminal charges ever brought involving an attack on a smart contract on a decentralized cryptocurrency exchange. As alleged in the indictment, Shakeeb Ahmed, who was a senior security engineer at an international technology company, used his expertise to defraud the exchange and its users and steal approximately $9 million in cryptocurrency. We also alleged that he then laundered the stolen funds through a series of complex transfers on the blockchain, where he swapped cryptocurrencies, hopped across different crypto blockchains, and used overseas crypto exchanges. But none of those actions covered the defendant's tracks or fooled law enforcement, and they certainly didn't stop my office, or our law enforcement partners from following the money. The Southern District of New York has always been on the cutting edge of catching and prosecuting criminals who use new technologies to commit old fashioned fraud. Today's charges reaffirm that commitment and should send a message. It doesn't matter whether someone steals money from a bank or defrauds, a decentralized crypto exchange, it's all fraud, plain and simple SDNY is watching, and we're determined to follow the digital fingerprints, to bring fraudsters, to justice.*