# Exhibit D



```
2023-04-02 23:29:27.715138  ['0x94c7e091307e3fa77c4ba6c44c85d76319e98259b0baa2c8fc44ae71b4944bac', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x4b5ac5567b54622254256a84f1d57ea651356eeecaed3173bd9503dd50722e15']  []
2023-04-02 23:29:27.718772  ['0x94c7e091307e3fa77c4ba6c44c85d76319e98259b0baa2c8fc44ae71b4944bac', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x4b5ac5567b54622254256a84f1d57ea651356eeecaed3173bd9503dd50722e15']  []
2023-04-02 23:29:27.731066  ['0x73076858c59243219bd424829bfad58ff8ddeab1bd6192fbccae1f20496bb1dd', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x7329c59cb5976d89cd8e50a13be6dbed7bd341bba47e769ea2fca77d27309631']  []
2023-04-02 23:29:27.761688  ['0xfdd238aadeb890b1265782cf7eda3dc2eb8ae353ce5ff57446cda6dce8c1381c', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x1cc34a4af1b2f9224d2c81990ce394c9331f0588e2a238a3a156b4663b3dc24a']  []
2023-04-02 23:29:27.763408  ['0xfdd238aadeb890b1265782cf7eda3dc2eb8ae353ce5ff57446cda6dce8c1381c', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x1cc34a4af1b2f9224d2c81990ce394c9331f0588e2a238a3a156b4663b3dc24a']  []
2023-04-02 23:29:27.794585  ['0xfdd238aadeb890b1265782cf7eda3dc2eb8ae353ce5ff57446cda6dce8c1381c', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x1cc34a4af1b2f9224d2c81990ce394c9331f0588e2a238a3a156b4663b3dc24a']  []
2023-04-02 23:29:27.796955  ['0xb9564c90810402bfcc9d491cfa19f842d882ca4d0e4c2f59d60b5f120babc957', '0xd9809bad69aa3401db256368fa572b8e0df874f63e01d9eaa00aa1ad418da25a']
2023-04-02 23:29:27.801020  ['0x0698f4bf24f7606a6e5880deb4b9596bb3a74165c31dfb7c6aa0fe6a0f00726b', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x1b5ac238f4f0cf252e11105d52d7852d3a99cdd3ad8c930330326bbb4205ee3f']  []
2023-04-02 23:29:27.811177  ['0xfb440d7efc3f7ba3297b85eb69683adf923865189923336cbecc07f7fe8e202690b', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x26170824c9a668ff4641bbde080564ace8b3b37556422ec43411a559f196f5e6']  []
2023-04-02 23:29:27.817585  ['0x94c7e091307e3fa77c4ba6c44c85d76319e98259b0baa2c8fc44ae71b4944bac', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x4b5ac5567b54622254256a84f1d57ea651356eeecaed3173bd9503dd50722e15']  []
2023-04-02 23:29:27.820093  ['0xe794c128b58cb9817a0cdb0c04286b3de1af5eeeb3928f927a6966bf18f52780', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x91792d631d8d82bb6aadcea6a7ce1b8f9fb781ab63d8f2ab5536983ff88caaf6']  []
2023-04-02 23:29:27.830279  ['0x94c7e091307e3fa77c4ba6c44c85d76319e98259b0baa2c8fc44ae71b4944bac', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x4b5ac5567b54622254256a84f1d57ea651356eeecaed3173bd9503dd50722e15']  []
2023-04-02 23:29:27.837855  ['0xd534c46ba5a444e886feedeb4dbe698b68be74a65356b5cc46c49f2dd07f7edf', '0xd9809bad69aa3401db256368fa572b8e0df874f63e01d9eaa00aa1ad418da25a']  ['0xd534c46ba5a444e886feedeb4dbe698b68be74a65356b5cc46c49f2dd07f7edf']
2023-04-02 23:29:27.838188  ['0xa890c824b981a993d8c63162b332fa2674a2435d82b475be10a85c72e573ef81', '0xd7bb6353f03a7ee1bf20d553e2df77a2cef44717dbe4afc38737540189d0c305', '0x2c66dfba44277798fa1edd4daf543ea4bfac06ee2740ed8956403a63064ebea7']  []
2023-04-02 23:29:27.845724  ['0x59a36a08b1f90bd4b7eb270e2466197d9d857140d7fcb9e0b2f48a1cae24e13c', '0xd9613143eb1239bde409e2142efde1cf676d1c2cdd739a6119ef7d6ef148f3df', '0x92f6ea8c1cf1789ff1654f33f049cadd4ea92367c4f304c2cb0a3cfaf3efb588']  []
2023-04-02 23:29:27.856991  ['0xdc942787e2137f9cf8f985552d01e3c33a807ba4db56124e21d3ecd0a8fa8608', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0xb146a1914d43f569c537d45558962717e1740f5706e9859a07d30f8004606b8a']  []
2023-04-02 23:29:27.857608  ['0xdc942787e2137f9cf8f985552d01e3c33a807ba4db56124e21d3ecd0a8fa8608', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0xb146a1914d43f569c537d45558962717e1740f5706e9859a07d30f8004606b8a']  []
2023-04-02 23:29:27.860847  ['0xdc942787e2137f9cf8f985552d01e3c33a807ba4db56124e21d3ecd0a8fa8608', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0xb146a1914d43f569c537d45558962717e1740f5706e9859a07d30f8004606b8a']  []
2023-04-02 23:29:27.871241  ['0xdc942787e2137f9cf8f985552d01e3c33a807ba4db56124e21d3ecd0a8fa8608', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0xb146a1914d43f569c537d45558962717e1740f5706e9859a07d30f8004606b8a']  []
2023-04-02 23:29:27.873293  ['0x819f9550fac80494d8337a7c1525ff0f3aed4541a2fc93e5f36739f48b8864e5', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x8eab67eb1f6e967897bea36b6e52895d918d5327660582ea17eec3b8266a956']  []
2023-04-02 23:29:27.883816  ['0x609c59aabf4ed584ea955112031f8a4c88c5d3753d03e14313a37c8cfcc3f0584a5', '0xd9613143eb1239bde409e2142efde1cf676d1c2cdd739a6119ef7d6ef148f3df', '0x091217c571b624090166d4b89ffa2efce43c7018785dba8d45bc888bbe1dad56']  []
2023-04-02 23:29:27.908148  ['0xb9f0c0b0664489778f77aa016d394450195aadfbf62f1fe519ab472dd37714b', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x2be0c257c2fefdc1bc179fda652dabd8b298d9d412c6dc94df251af4d8d1f087']  []
2023-04-02 23:29:27.909995  ['0x476493005397363ee36fe39fe1f3204d62056fa36d54628aeedaddab6063a6d2', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4ff1a72df8cd7b4644723e980ec1fc1baa8a42157a73a6a0988a6a0a86f0a421']  []
2023-04-02 23:29:27.911778  ['0x8519b059031af69cc020b0105fe88763d0c36b9d0246d05dfda8ca58261cf8d8', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4dd25817b6eb9533ae62e3777d06b4dd951a2c725b7d819ff1ae48e6537bb10b3']  []
2023-04-02 23:29:27.912131  ['0x8519b059031af69cc020b0105fe88763d0c36b9d0246d05dfda8ca58261cf8d8', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4dd25817b6eb9533ae62e3777d06b4dd951a2c725b7d819ff1ae48e6537bb10b3']  []
2023-04-02 23:29:27.912760  ['0x4f1804d22f099354af738ff0f560a9e3c6d778386341485a6c0916725224f51f', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x2be0c257c2fefdc1bc179fda652dabd8b298d9d412c6dc94df251af4d8d1f087']  []
2023-04-02 23:29:27.912802  ['0x8519b059031af69cc020b0105fe88763d0c36b9d0246d05dfda8ca58261cf8d8', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4dd25817b6eb9533ae62e3777d06b4dd951a2c725b7d819ff1ae48e6537bb10b3']  []
2023-04-02 23:29:27.937545  ['0x759796ec7ea41fd780ec4ada0c6f669bfb224b32edc189977938cb0d0c4919d8', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xf4ab60b61e5c0e4d66b0162c9497cf7977dd6abf36d2800e418fd004fe1043b']  []
2023-04-02 23:29:27.938446  ['0xfebc77b4c423af32e7359ededfb4f91610e6e2894fc10a5a4042cd4f57dde306', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xf48cb60b61e5c0e4d66b0162c9497cf7977dd6abf36d2800e418fd004fe1043b']  []
2023-04-02 23:29:27.947253  ['0x819f9550fac80494d8337a7c1525ff0f3aed4541a2fc93e5f36739f48b8864e5', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x8eab67eb1f6e967897bea36b6e52895d918d5327660582ea17eec3b8266a956']  []
2023-04-02 23:29:27.955291  ['0x90b26155d235e83824a9239ea152ae3726829e7e8fd4874c5048b101ce9d8929', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x337d2a61eafc9629ef7798db5ac101771beb4a91eab175df70a3dfc46cd7bc76']  []
2023-04-02 23:29:27.968715  ['0x90b26155d235e83824a9239ea152ae3726829e7e8fd4874c5048b101ce9d8929', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x337d2a61eafc9629ef7798db5ac101771beb4a91eab175df70a3dfc46cd7bc76']  []
2023-04-02 23:29:27.969329  ['0x90b26155d235e83824a9239ea152ae3726829e7e8fd4874c5048b101ce9d8929', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x337d2a61eafc9629ef7798db5ac101771beb4a91eab175df70a3dfc46cd7bc76']  []
2023-04-02 23:29:27.971969  ['0x819f9550fac80494d8337a7c1525ff0f3aed4541a2fc93e5f36739f48b8864e5', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x8eab67eb1f6e967897bea36b6e52895d918d5327660582ea17eec3b8266a956']  []
2023-04-02 23:29:27.988168  ['0x774f90a673cb15abfba7d76bcb31ae9c8ec89795e44126ac7b97e27348f0b5c7', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xb15ac238f4f0cf252e11105d52d7852d3a99cdd3ad8c930330326bbb4205ee3f']  []
2023-04-02 23:29:27.988929  ['0x443f3763591c40f9e0481444cccd8837672f659ec8aa53b42821599caff7ed6', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x48169e2c5448f7afd907ea67b3bd494d34074acd47486720ed82d961c41fd8b7']  []
2023-04-02 23:29:27.991508  ['0x091bcf7f072c4ce5594776acda5b127e7b80c9eb9bc6a2e7ba31bbfd491c4903', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x2be0c257c2fefdc1bc179fda652dabd8b298d9d412c6dc94df251af4d8d1f087']  []
2023-04-02 23:29:27.992011  ['0x7eef42c168565a38bba30ac094853ce434fa8cb94ba44934a74f8e021de39a1e', '0xd7bb6353f03a7ee1bf20d553e2df77a2cef44717dbe4afc38737540189d0c305', '0x2c66dfba44277798fa1edd4daf543ea4bfac06ee2740ed8956403a63064ebea7']  []
2023-04-02 23:29:28.002689  ['0x7eef42c168565a38bba30ac094853ce434fa8cb94ba44934a74f8e021de39a1e', '0xd7bb6353f03a7ee1bf20d553e2df77a2cef44717dbe4afc38737540189d0c305', '0x2c66dfba44277798fa1edd4daf543ea4bfac06ee2740ed8956403a63064ebea7']  []
2023-04-02 23:29:28.004608  ['0x94c7e091307e3fa77c4ba6c44c85d76319e98259b0baa2c8fc44ae71b4944bac', '0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c', '0x4b5ac5567b54622254256a84f1d57ea651356eeecaed3173bd9503dd50722e15']  []
2023-04-02 23:29:28.007915  ['0xb1b8a4a6314ea46ac266aa9adad943bfface305f1b3c2ad44f2b9094206147ae8', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xf48cb60b61e5c0e4d66b0162c9497cf7977dd6abf36d2800e418fd004fe1043b']  []
2023-04-02 23:29:28.063304  ['0xed08a449ad3e57b763f4bbb867ba6e1eed8782122eae0b30b6442785e3e41c33f', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0xa97f60d8d964600e67660eca5291cd1ddfe6550df14d82c37d05b4b8e1a5']  []
2023-04-02 23:29:28.084648  ['0x5609067418a3f7119c19202b0761c5386ae8b0db833da07da07c082482b1d7e', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x7cb7d34cab53fa0f2d041b0695ece2881130dc6c0d9fc2d1609edd84c474e57a8']  []
2023-04-02 23:29:28.085090  ['0x5b6d6857a793d590f8688fcbee041408a31d8e5da5d74cc81c537bfeda23832e', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x26170824c9a668ff4641bbde080564ace8b3b37556422ec43411a559f196f5e6']  []
2023-04-02 23:29:28.085790  ['0x843c7d13feb32dd29ec79b02232dcf003e4442388dec02fe57075738a5ba1ed', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x26170824c9a668ff4641bbde080564ace8b3b37556422ec43411a559f196f5e6']  []
2023-04-02 23:29:28.087521  ['0x59ea517947bb4e1de074c72161733a2d10cdefe62573e16f5cc864149aaa6290', '0x053c421277456b96030d707454820c3c3b2d2eb24853c3ac6e2e6f79826021e4', '0x91792d631d8d82bb6aadcea6a7ce1b8f9fb781ab63d8f2ab5536983ff88caaf6']  []
2023-04-02 23:29:28.089150  ['0x6fd452ba15a23346ae461faa83de1506fea687f3bd720ec6088002776ee282bf', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x91792d631d8d82bb6aadcea6a7ce1b8f9fb781ab63d8f2ab5536983ff88caaf6']  []
2023-04-02 23:29:28.090316  ['0x47c38720c447e6681234e751d551c6fcded8e02b9f95dd891dec10b1d356dd2b', '0x053c421277456b96030d707454820c3c3b2d2eb24853c3ac6e2e6f79826021e4', '0x0932e2554105896f2ca2fa970143a7963e4056bdacd2e86d59a555429d368001']  []
2023-04-02 23:29:28.092226  ['0x769b2f296d505c97d0c1b9ebcbcb9a1ced32fbeda6ca9d985bf696f911c63f1d', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x7b9e7332d94db929c00fd21ee1013eed82b543265ff74fd5f036ae9d3b43ed7d']  []
2023-04-02 23:29:28.097925  ['0x9d3d865e4104673b81777afc33d44bc6f0eab3fa6469c4623c77b59608a16c6b', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x91792d631d8d82bb6aadcea6a7ce1b8f9fb781ab63d8f2ab5536983ff88caaf6']  []
2023-04-02 23:29:28.102257  ['0x7eef42c168565a38bba30ac094853ce434fa8cb94ba44934a74f8e021de39a1e', '0xd7bb6353f03a7ee1bf20d553e2df77a2cef44717dbe4afc38737540189d0c305', '0x2c66dfba44277798fa1edd4daf543ea4bfac06ee2740ed8956403a63064ebea7']  []
2023-04-02 23:29:28.134092  ['0x568feee392200d46b77d7d058118ed35a0955df5eaed56eba514cf31ff6419c0', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x8735f02d7f97b10781a1f0ce7bfe9873c4e24329cbd912225dbc869efa17a054']  []
2023-04-02 23:29:28.134868  ['0xa3bf7cc893374d7b4e1bbcf912d3495813d3ec9baffd208d2b1fbf3993c785fa', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0xd2f43ac0cde553c062e767a7af37d2c7397eb1f1634b8650fafca7220867fde1']  []
2023-04-02 23:29:28.162996  ['0x59ea517947bb4e1de074c72161733a2d10cdefe62573e16f5cc864149aaa6290', '0x053c421277456b96030d707454820c3c3b2d2eb24853c3ac6e2e6f79826021e4', '0x7e7c184ea2459de13bec2639c04c4d6790d6e4768e7829f8624fa2b232badf2a']  []
2023-04-02 23:29:28.165466  ['0xb3205acb36cce69d9faab6b764c2cf234d28dc632a65f2f61d535119fff6a31c', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0xc7e4cecab56fbc7c913cec04999dbcea4366c06e2c959805a6a6abdf79f374bc2']  []
2023-04-02 23:29:28.210768  ['0x8279c19b68abe7f2621ad1cc1a6d92c6cc244464f7645f11eb987c2510538cfc', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x26170824c9a668ff4641bbde080564ace8b3b37556422ec43411a559f196f5e6']  []
2023-04-02 23:29:28.215955  ['0x5226469536c1dbcd3c2e5eb6de169cdff004b002fd4ee5a267fb75a8471de8df', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x91792d631d8d82bb6aadcea6a7ce1b8f9fb781ab63d8f2ab5536983ff88caaf6']  []
2023-04-02 23:29:28.222935  ['0x5709cc4086ce5d05166b572804654ca6284b4593df78dbc832058ab4d932f332', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x7d1d7fef9d1b2ebeaffecc35312f0cdf6e40a9b5b039']  []
2023-04-02 23:29:27.227935  ['0x743302a67011b13bb416c2c108013c5233ebdb9e688c35688bee963d8526929', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x7b9e7332d94db929c00fd21ee1013eed82b543265ff74fd5f036ae9d3b43ed7d']  []
2023-04-02 23:29:28.230218  ['0x215834895c39dd042b96259fa7d0fcf3ca52185f489d6018b43f23850c4d5887', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x4f20799f45e025537b7ab2d1d7fef9d1b2ebeaffecc35312f0cdf6e40a9b5b039']  []
2023-04-02 23:29:28.240829  ['0x7a7d37f712ad372e1f96d069e506414893cef7a6911245e0f5f1c75f68ebd8a03', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xfb1c6911e3eda45fac2a2e2f66f2a8fb6d6da4aae2042ed2b6358c0ea45c595e']  []
2023-04-02 23:29:28.244123  ['0x7a7d37f712ad372e1f96d069e506414893cef7a6911245e0f5f1c75f68ebd8a03', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xfb1c6911e3eda45fac2a2e2f66f2a8fb6d6da4aae2042ed2b6358c0ea45c595e']  []
2023-04-02 23:29:28.246202  ['0x7a7d37f712ad372e1f96d069e506414893cef7a6911245e0f5f1c75f68ebd8a03', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xfb1c6911e3eda45fac2a2e2f66f2a8fb6d6da4aae2042ed2b6358c0ea45c595e']  []
2023-04-02 23:29:28.250813  ['0x476493005397363ee36fe39fe1f3204d62056fa36d54628aeedaddab6063a6d2', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4ff1a72df8cd7b4644723e980ec1fc1baa8a42157a73a6a0988a6a0a86f0a421']  []
2023-04-02 23:29:28.250879  ['0x476493005397363ee36fe39fe1f3204d62056fa36d54628aeedaddab6063a6d2', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4ff1a72df8cd7b4644723e980ec1fc1baa8a42157a73a6a0988a6a0a86f0a421']  []
2023-04-02 23:29:28.252675  ['0x8dde0a26130de30b3fe70c3c65f31314280e0ff914cf45ec7bba9fa513fd650', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0xb7a8be34f002d8a4bbe4554caa2a3903f9d9838b7ab97c9eb1b41adeab9ebe83']  []
2023-04-02 23:29:28.252685  ['0x8dde0a26130de30b3fe70c3c65f31314280e0ff914cf45ec7bba9fa513fd650', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0xb7a8be34f002d8a4bbe4554caa2a3903f9d9838b7ab97c9eb1b41adeab9ebe83']  []
2023-04-02 23:29:28.303682  ['0x7eef42c168565a38bba30ac094853ce434fa8cb94ba44934a74f8e021de39a1e', '0xd7bb6353f03a7ee1bf20d553e2df77a2cef44717dbe4afc38737540189d0c305', '0x2c66dfba44277798fa1edd4daf543ea4bfac06ee2740ed8956403a63064ebea7']  []
2023-04-02 23:29:28.350027  ['0x59ea517947bb4e1de074c72161733a2d10cdefe62573e16f5cc864149aaa6290', '0x053c421277456b96030d707454820c3c3b2d2eb24853c3ac6e2e6f79826021e4', '0xbd939b51173c5e7757fd5d20f3af239a96769a7f1a83b602eb017bfa1733e6906d']  []
2023-04-02 23:29:28.380749  ['0x3a44cbbeeb3c246c165bb555396ea6fc68093d2d1049939f75d0b8c253411a82', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x4f20799f45e025537b7ab2d1d7fef9d1b2ebeaffecc35312f0cdf6e40a9b5b039']  []
2023-04-02 23:29:28.382715  ['0xaec7b92293cf32ca90167ca8adc53aa30a3a8c0d08c6bacf01798ed563632377', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x7b9e7332d94db929c00fd21ee1013eed82b543265ff74fd5f036ae9d3b43ed7d']  []
2023-04-02 23:29:28.382922  ['0xb36557b3c181136ee28d1893590b3572549c84c1b683169d2d7218a7603089dac', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x7b9e7332d94db929c00fd21ee1013eed82b543265ff74fd5f036ae9d3b43ed7d']  []
2023-04-02 23:29:28.383299  ['0x1d05870800b917697798cfe3cde6ec85bea2accdf9ab85b169a86b4845402afd', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x4f20799f45e025537b7ab2d1d7fef9d1b2ebeaffecc35312f0cdf6e40a9b5b039']  []
2023-04-02 23:29:28.393013  ['0x528fa6aca9181b4e1c92ab49fb90f2387d9b0d4ae74bcfc48855e906b92e5606', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x4388cac94b0d40ab41a5ea1aa62bf730f0f8347a372b394ef1f0e7c89fe7271']  []
2023-04-02 23:29:28.410248  ['0xc9e56246abbd3f69b2075c091e3d437bd39b57215f7a893c1ab8c60eac8dd573', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x91792d631d8d82bb6aadcea6a7ce1b8f9fb781ab63d8f2ab5536983ff88caaf6']  []
2023-04-02 23:29:28.436861  ['0x7a7d37f712ad372e1f96d069e506414893cef7a6911245e0f5f1c75f68ebd8a03', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xfb1c6911e3eda45fac2a2e2f66f2a8fb6d6da4aae2042ed2b6358c0ea45c595e']  []
2023-04-02 23:29:28.443525  ['0x476493005397363ee36fe39fe1f3204d62056fa36d54628aeedaddab6063a6d2', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4ff1a72df8cd7b4644723e980ec1fc1baa8a42157a73a6a0988a6a0a86f0a421']  []
2023-04-02 23:29:28.445359  ['0x1eafdcad86caaba44ae2ac1c9e9b9fb44e59ec9eb185810f5b68498e4d121054', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x627e43209dc1dd83431690c6ca5edf04c57c551a36c0fc201aa8250ab705ed3d']  []
2023-04-02 23:29:28.445414  ['0x476493005397363ee36fe39fe1f3204d62056fa36d54628aeedaddab6063a6d2', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x4ff1a72df8cd7b4644723e980ec1fc1baa8a42157a73a6a0988a6a0a86f0a421']  []
2023-04-02 23:29:28.447824  ['0x9ce121022cd2bd3c30759186d8bbc447b4ce80cb9d905d09e4f47c7816f908', '0x053c421277456b96030d707454820c3c3b2d2eb24853c3ac6e2e6f79826021e4', '0xbc1d9c000a2676b99dfb4286708e987e25d2ee961b27a1dea6e55ad651a29ba3']  []
2023-04-02 23:29:28.448318  ['0x8dde0a26130de30b3fe70c3c65f31314280e0ff914cf45ec7bba9fa513fd650', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x627e43209dc1dd83431690c6ca5edf04c57c551a36c0fc201aa8250ab705ed3d']  []
2023-04-02 23:29:28.489231  ['0x1eafdcad86caaba44ae2ac1c9e9b9fb44e59ec9eb185810f5b68498e4d121054', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x627e43209dc1dd83431690c6ca5edf04c57c551a36c0fc201aa8250ab705ed3d']  []
2023-04-02 23:29:28.489972  ['0x964d75d7abe4ff010d8e3f9e78f021e8acd22ebb163aa208656ac4a36107d99f', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x4388cac94b0d40ab41a5ea1aa62bf730f0f8347a372b394ef1f0e7c89fe7271']  []
2023-04-02 23:29:28.490437  ['0x1eafdcad86caaba44ae2ac1c9e9b9fb44e59ec9eb185810f5b68498e4d121054', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x627e43209dc1dd83431690c6ca5edf04c57c551a36c0fc201aa8250ab705ed3d']  []
2023-04-02 23:29:28.493502  ['0x8dde0a26130de30b3fe70c3c65f31314280e0ff914cf45ec7bba9fa513fd650', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0xb7a8be34f002d8a4bbe4554caa2a3903f9d9838b7ab97c9eb1b41adeab9ebe83']  []
2023-04-02 23:29:28.499902  ['0x0156da169bd9d741cef7f5291299980d3aa7f2da427e876df628f37e71ae13914', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x4e097edc1d4e896eb7040dc6f9724577f9f6a706ce0030502ac09b5b059']  []
2023-04-02 23:29:28.553033  ['0x70cf904cd2a2da9239c500a5ef8d9c3625086fb78616fdd1545fe0cc51aa372a', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x3cfbf54fbeca664b8ed7d43477c5b107a3c32fd09b517c2f99c53fbad43051aa']  []
2023-04-02 23:29:28.557028  ['0x150d4f9e05f90510ebf01d60a144af1c6885c82f54dd462eeb27672493777900f', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x21feaff71ef6de9041be1ecdfa59e878d095113abc2e99f2a0356980e6201cbb']  []
2023-04-02 23:29:28.560660  ['0x5e58edb3c357bc67f782952531cec21b73ac2520c9060fef9b3212114879ed43', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x52e08a7262cc5f43e9cc54cba9c9b1efdffa2cede6706649291168afb464a14a']  []
2023-04-02 23:29:28.562232  ['0xb3205acb36cce69d9faab6b764c2cf234d28dc632a65f2f61d535119fff6a31c', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0xc7e4cecab56fbc7c913cec04999dbcea4366c06e2c959805a6a6abdf79f374bc2']  []
2023-04-02 23:29:28.563940  ['0xc865a109c846bea3954b118c604fe2e215598836069be9a0a6faa559ad423fb5d', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0xa2757c1d395628b5374fdd8cf1628912021901899e9dae99a2c3eb4987f20a92']  []
2023-04-02 23:29:28.575867  ['0x7a7d37f712ad372e1f96d069e506414893cef7a6911245e0f5f1c75f68ebd8a03', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0xfb1c6911e3eda45fac2a2e2f66f2a8fb6d6da4aae2042ed2b6358c0ea45c595e']  []
2023-04-02 23:29:28.626401  ['0x8666be8430e832c08056b65453e5adc4503a2fa569e7cd4ee61bf45f1678c8e0a9', '0x053c421277456b96030d707454820c3c3b2d2eb24853c3ac6e2e6f79826021e4', '0xe298a6ee6c35791d0b0b506f369d07ad970de0de7d36c3fc2d7bb76f3bca6749']  []
2023-04-02 23:29:28.638937  ['0x59ea517947bb4e1de074c72161733a2d10cdefe62573e16f5cc864149aaa6290', '0x053c421277456b96030d707454820c3c3b2d2eb24853c3ac6e2e6f79826021e4', '0x7e7c184ea2459de13bec2639c04c4d6790d6e4768e7829f8624fa2b232badf2a']  []
2023-04-02 23:29:28.709806  ['0x5609067418a3f7119c19202b0761c5386ae8b0db833da07da07c082482b1d7e', '0xbcf04ce34a548340c9d43cdf620a904cf655810753c21811064ac3b0e0de262f', '0x774351ce86d42f92fdd2603580bcf5fcf1a054020589a5a5cc85f137959387e']  []
2023-04-02 23:29:28.710227  ['0xb3205acb36cce69d9faab6b764c2cf234d28dc632a65f2f61d535119fff6a31c', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x5609c7f2c513ff3c07159f9c8c111f20ef7b02ec4a11411595d245a2dcf765ac']  []
2023-04-02 23:29:28.716301  ['0xb3205acb36cce69d9faab6b764c2cf234d28dc632a65f2f61d535119fff6a31c', '0xf16a8780a6ba91910c5bc75fbdef44a5bac79bd8bf9356cd0975a2c5e0d067a4', '0x5609c7f2c513ff3c07159f9c8c111f20ef7b02ec4a11411595d245a2dcf765ac']  []
2023-04-02 23:29:28.716396  ['0x150d4f9e05f90510ebf01d60a144af1c6885c82f54dd462eeb27672493777900f', '0x67f71374ec751676a807e8e874a6fe0482a9155220f97c61b00c2d1dba04ba00', '0x21feaff71ef6de9041be1ecdfa59e878d095113abc2e99f2a0356980e6201cbb']  []
```

