**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 8, 2025

**BY ECF**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

      The Government respectfully writes to seek leave to file Exhibit B to the Government's Opposition to the Defendants' Motions *in Limine* under seal pursuant to the Court's Individual Rule in Criminal Cases 8(e). On May 24, 2024, this Court entered a Protective Order, which set forth rules and procedures for the use of four categories of protected information: Disclosure Material, Sealed Material, Attorney's Possession Only Material, and Attorney's Eyes Only Material. Sealed Material "contains information that identifies, or could lead to the identification of, witnesses who may be subject to intimidation or obstruction, and whose lives, persons, and property, as well as the lives, persons and property of loved ones, will be subject to risk of harm absent the protective considerations set forth herein or information that may reveal trade secrets or other information that may cause financial loss or other harm to a business entity." (Dkt. 25 at 2).

      Exhibit B was designated as Sealed Material. It includes a conversation between Nonparty-1 (identified in the Government's brief as "Victim-1") and a private individual and contains online personal identifiers that remain subject to the rules and procedures set forth in the Protective Order. In accordance, with Rule 8(e)(i), the Government has filed a single-page placeholder marked "Filed Under Seal" in place of the exhibit that the undersigned seek leave to file under seal. The Government has also provided chambers via email with a copy of Exhibit B.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

by:     */s/*
      Jerry Fang / Danielle Kudla / Ben Levander
      Assistant United States Attorneys
      (212) 637-2584 / 2304 / (914) 993-1930

cc:    Counsel of Record (by ECF)