UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X   ECF CASE
                                                             :
UNITED STATES OF AMERICA,                 :     NOTICE OF APPEARANCE
                                                             :     AND REQUEST FOR
                          - v. -                                          :     ELECTRONIC NOTIFICATION
                                                             :
ANTON PERAIRE-BUENO, and
JAMES PERAIRE-BUENO                           :     24 Cr. 293 (JGLC)
                                                             :
                          Defendants.                         :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:     Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                              Respectfully submitted,

                                                              JAY CLAYTON
                                                              United States Attorney for the
                                                              Southern District of New York

                                                     by: /s/ Ryan T. Nees
                                                              Ryan T. Nees
                                                              Assistant United States Attorney
                                                              (212) 637-1595