

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 15, 2025

**BY ECF**

Honorable Jennifer G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Government writes on behalf of the parties to request a brief extension to September 17, 2025, to file their joint proposed requests to charge. Pursuant to the Court's scheduling order (the "Order"), the parties' joint proposed voir dire, verdict sheet, and requests to charge are due September 15, 2025. (Dkt. 124). The parties intend to file their joint proposed voir dire and verdict sheet in accordance with the Order. The parties are continuing to work diligently on their joint proposed requests to charge and agree that a brief extension will be beneficial to further review their respective proposals in an effort to narrow the issues in dispute for the Court.

                                  Respectfully submitted,

                                    JAY CLAYTON
                                  United States Attorney

                by:  _____/s/_____
                      Danielle Kudla / Jerry Fang /
                      Ben Levander / Ryan Nees
                      Assistant United States Attorneys
                      (212) 637-2304 /-2584 /
                      (914) 993-1930 / (212) 637-1595

Cc: Counsel of Record (by ECF)