U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 15, 2025

**BY ECF**

Honorable Jennifer G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

The Government writes on behalf of the parties to request a brief extension to September 17, 2025, to file their joint proposed requests to charge. Pursuant to the Court's scheduling order (the "Order"), the parties' joint proposed voir dire, verdict sheet, and requests to charge are due September 15, 2025. (Dkt. 124). The parties intend to file their joint proposed voir dire and verdict sheet in accordance with the Order. The parties are continuing to work diligently on their joint proposed requests to charge and agree that a brief extension will be beneficial to further review their respective proposals in an effort to narrow the issues in dispute for the Court.

Application GRANTED.

SO ORDERED.

*[signature: Jessica Clarke]*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 15, 2025
       New York, New York

Cc: Counsel of Record (by ECF)

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Danielle Kudla / Jerry Fang /
Ben Levander / Ryan Nees
Assistant United States Attorneys
(212) 637-2304 /-2584 /
(914) 993-1930 / (212) 637-1595