# Ex. A

ok uh

**james**
2023-04-15 21:12:53 UTC
i agree we'll probably want to sign with them but we don't lose much by waiting till midday monday

**james**
2023-04-15 21:13:06 UTC
and it does give us a chance to see other options

**james**
2023-04-15 21:13:30 UTC
i do agree that 250k is fine - if it influences the chance of us keeping the 25m by 1% thags already EV positive

**james**
2023-04-15 21:13:44 UTC
the danger is immediately being told no we have criminal liabilty

**anton**
2023-04-15 21:17:40 UTC
Why is that a danger?

**james**
2023-04-15 21:17:53 UTC
i mean the worst case

**james**
2023-04-15 21:18:00 UTC
bc we're not paying for litigation there

**james**
2023-04-15 21:18:08 UTC
right?

**anton**
2023-04-15 21:18:21 UTC
We may be paying for a criminal case then and pretty sure I'd even more want to be with these guys if it's criminal

**anton**
2023-04-15 21:18:30 UTC
They've done some of the most high profile cases in history

**anton**
2023-04-15 21:18:32 UTC
Criminal

**anton**
2023-04-15 21:19:04 UTC
<https://www.amazon.com/Masters-Game-Inside-Worlds-Powerful/dp/B005UVUI2E/ref=nodl_?dplnkId=b09ed5fc-3d64-42bc-99b1-2f5a3cfe8cdb|https://www.amazon.com/Masters-Game-Inside-Worlds-Powerful/dp/B005UVUI2E/ref=nodl_?dplnkId=b09ed5fc-3d64-42bc-99b1-2f5a3cfe8cdb>

**james**

**james**
2023-04-15 22:25:59 UTC
so

**james**
2023-04-15 22:25:56 UTC
based on us news ranking

**james**
2023-04-15 22:26:01 UTC
they are tier 2 in white collar defense

**james**
2023-04-15 22:27:34 UTC
but tier 1 and 2 probably not a huge difference

**james**
2023-04-15 22:27:37 UTC
let me see who we're talking to on monday

**anton**
2023-04-15 22:28:10 UTC
yeah think that's maybe a bit arbitrary, think they're probably pretty solidly top tier at everything

**james**
2023-04-15 22:28:37 UTC
sidley is also tier 1 in everything

**james**
2023-04-15 22:29:26 UTC
imo worth just talking to them

**james**
2023-04-15 22:29:33 UTC
dont lose anything

**james**
2023-04-15 22:29:35 UTC
its not a matter of 8h

**anton**
2023-04-15 22:29:45 UTC
Yeah idt WC is necessarily better. They are both pretty much at top and no way of knowing who would be better, but with Sidley we'll engage by mid late week vs with WC we can be engaged Monday morning

**anton**
2023-04-15 22:30:09 UTC
Like I don't even think the intro calls will be indicative or a high value signal in terms of who will be better

**james**
2023-04-15 22:31:00 UTC
hm

**james**
2023-04-15 22:31:08 UTC
sidley is actually higher ranked for white collar defense

**james**
2023-04-15 22:31:07 UTC
is my concern

**james**
2023-04-15 22:31:29 UTC
also, sidley has offices in Boston

**james**
2023-04-15 22:31:34 UTC
whereas wc doesn't

**anton**
2023-04-15 22:31:47 UTC
I don't think office location matters for us

**anton**
2023-04-15 22:33:26 UTC
I just think the 3 or so day head start is more important than the difference between the two

**james**
2023-04-15 22:34:11 UTC
would we cancel the other meeting then?

**james**
2023-04-15 22:34:12 UTC
or like

**james**
2023-04-15 22:34:18 UTC
still take it?

**anton**
2023-04-15 22:35:39 UTC
Id probs cancel. Not the type of thing we'll get a good opinion on during intro / intake call

**anton**
2023-04-15 22:35:47 UTC
Better to spend efforts on preparing materials for WC

**anton**
2023-04-15 22:35:58 UTC
Like 5-10 briefing with links and all

**james**
2023-04-15 22:36:31 UTC
Does Ellen understand the urgency here? like she does

**james**
2023-04-15 22:36:38 UTC

**Attorney Client Privilege**

# Attorney Client Privilege

**anton**
2023-04-15 22:41:18 UTC
But sure we can ask

**anton**
2023-04-15 22:41:33 UTC
But the point of paying 250k is kind of having white glove service

**anton**

FT_USAO_00000158

2023-04-15 22:41:52 UTC
can double check before engaging that she has the necessary lawyers available

**anton**
2023-04-15 22:42:14 UTC
Ig we can still take the sidley one and decide Monday

**anton**
2023-04-15 22:42:54 UTC
But if we decide to go with sidley probs won't be engaged until wed-thurs and able to have them send messages until Friday or after

**james**
2023-04-15 22:44:55 UTC
yeah fair

**james**
2023-04-15 22:45:11 UTC
to be fair taht's probably true with wc too abotu when we can send messages

**james**
2023-04-15 22:45:20 UTC
idk

**james**
2023-04-15 22:45:22 UTC
maybe 2-3 day delay

**anton**
2023-04-15 22:45:35 UTC
I think 3 day head start + have never seen any lawyers work as fast as Ellen has so

**anton**
2023-04-15 22:46:37 UTC
That's also reassuring

**anton**
2023-04-15 22:46:49 UTC
The fact she was willing to call on Saturday etc

**anton**
2023-04-15 22:46:11 UTC
<https://www.businessinsider.com/most-prestigious-law-firms-in-america-2013-7?amp|https://www.businessinsider.com/most-prestigious-law-firms-in-america-2013-7?amp>r"}]

*Link Preview:*
"from_url": "https:\/\/www.businessinsider.com\/most-prestigious-law-firms-in-america-2013-7?amp"
"service_icon": "https:\/\/www.businessinsider.com\/favicon.ico"
"id": 1
"original_url": "https:\/\/www.businessinsider.com\/most-prestigious-law-firms-in-america-2013-7?amp"
"fallback": "Business Insider: Most Prestigious Law Firms In America"
"text": "a 2014 report on the top 100 most prestigious law firms."
"title": "Most Prestigious Law Firms In America"
"title_link": "https:\/\/www.businessinsider.com\/most-prestigious-law-firms-in-america-2013-7?amp"

"service_name": "Business Insider"

**anton**
2023-04-15 22:48:29 UTC
#16 honestly looks kinda fun to work there

**anton**
2023-04-15 22:48:44 UTC
"Aggressive"

**james**
2023-04-15 22:49:16 UTC
yeah true do love that

**james**
2023-04-15 22:49:35 UTC

<div style="border: 2px dashed black; padding: 10px; text-align: center;">

# Attorney Client Privilege

</div>

**anton**
2023-04-15 22:50:19 UTC
Going into a comedy show should probs respond to her either tonight or tmr morning saying yes or that we'll respond by Monday eod
   :+1: james

**anton**
2023-04-15 22:50:30 UTC
Then tmr on plane or something I might start working on like a "case file"

**anton**
2023-04-15 22:50:46 UTC
Gather our messages and intel and stuff in one place
   :white_check_mark: james

**james**
2023-04-15 22:53:38 UTC
ok will say that we'll decide by monday eod?

**james**
2023-04-15 22:53:46 UTC
that lets us decide tmrw too

**james**
2023-04-15 22:53:50 UTC
for what its worth

**james**
2023-04-15 22:53:57 UTC
as tomorrow is before monday eod

**anton**
2023-04-15 22:54:06 UTC
Hm ok sure. Would say that very likely will engage but have one call on Monday we want to have

**anton**
2023-04-15 22:54:09 UTC
And after that will decide

**anton**
2023-04-15 22:54:17 UTC
But would make clear leaning yes so she continues to assemble team

**anton**
2023-04-15 22:55:23 UTC
Fwiw sidley does have a risk which is that they're very large

**anton**
2023-04-15 22:55:29 UTC
And a conflict is more likely / possible

**anton**
2023-04-15 22:55:44 UTC
4-5x WC size I think

**james**
2023-04-15 22:55:48 UTC
ah true

**james**
2023-04-15 23:15:23 UTC
ok actually

**james**
2023-04-15 23:15:27 UTC
im down to just go with wc

**james**
2023-04-15 23:15:28 UTC
but

**james**
2023-04-15 23:15:33 UTC
think we need to give ▇ a heads up

**james**
2023-04-15 23:16:04 UTC
and say that wc seems good and in the interest of saving time since conflicts will take a while to resolve with anonymous parties in a large company, we're just going to go with them

**james**
2023-04-15 23:16:21 UTC
separately, I'm going to start putting together a powerpoint/slides presentation for wc

**james**
2023-04-15 23:17:26 UTC
think that we'll be the most effective if we can explain stuff with screenshare etc

**james**
2023-04-15 23:24:52 UTC
we can do that tomorrow am I guess