# Ex. B

▮
2023-05-25 17:47:14 UTC
　is it worth it to tell them (and for us) to consider and generate potential defenses of each of the legal statutes listed in the email point by point?

▮
2023-05-25 17:47:24 UTC
　them = our lawyers

▮
5 17:47:56 UTC
　also, are our counterclaims just getting sandwiched by them, or are there others too?

**james**
2023-05-25 17:51:22 UTC

1. the legal statues they listed fall largely into two categories, "unauthorized access & exceeding authorized access", and some variation of "fraud/misrepresentation" — they largely already examined them & have very strong counterarguments for why they don't apply to us (in addition to many potential affirmative defenses of the type "what's the actual harm? you traded at a price you wished to trade at"), so there's not much else to do here

:+1: ▇▇▇▇▇

**james**
2023-05-25 17:52:08 UTC

2. we can make it a class action because we can show the hundreds of thousands of addresses that have been harmed on-chain, the other people can remain anonymous

:+1: ▇▇▇▇▇

▇▇▇▇▇
2023-05-25 17:52:21 UTC

ok cool makes sense

# Chat Name: omakase
Date: 2023-05-25

Previous: omakase-2023-05-23
Next: omakase-2023-05-26