# Ex. C

**anton**
2023-04-12 12:38:31 UTC
We can ask whatever we want, but I think it's a reasonable first question

**jaume**
2023-04-12 12:39:16 UTC
What law did we break?

**anton**
2023-04-12 12:39:51 UTC
Why would we ask that to them now..

**anton**
2023-04-12 12:40:01 UTC
Let's just ask what we really want to know

**anton**
2023-04-12 12:40:10 UTC
What info do they have on us and who are they

**anton**
2023-04-12 12:40:13 UTC
Let them do the talking

**jaume**
2023-04-12 12:40:34 UTC
Then ask who they are…

**anton**
2023-04-12 12:40:54 UTC
We can do that next..

**anton**
2023-04-12 12:41:00 UTC
This isn't the only message we'll be able to send

**jaume**
2023-04-12 12:41:30 UTC
What about lawyers?

**jaume**
2023-04-12 12:41:37 UTC
Do we have any?

**anton**
2023-04-12 12:41:41 UTC
Waiting for some responses

**jaume**
2023-04-12 12:42:06 UTC
Ok, you could mention to the lawyers that it is time sensitive

**anton**
2023-04-12 12:43:20 UTC
I think for now our response is a very obvious one. They said they had info on us so let's ask what that info is

**jaume**
2023-04-12 12:43:21 UTC
Maybe saying nothing is a good option too… what would they do next? Clearly they want to negotiate

**anton**
2023-04-12 12:43:29 UTC
If it heats up can get the lawyers to respond

**jaume**
2023-04-12 12:44:02 UTC
If we do nothing it puts them in a situation of having to decide…

**anton**
2023-04-12 12:46:47 UTC
Well seeing as they said they intent to act on the information it's pretty harmless to just ask what that information is

**jaume**
2023-04-12 12:47:30 UTC
We pretty much know what they have no… a lead that stops at coinbase, kucoin or Aztec…..

**anton**
2023-04-12 12:48:00 UTC
Or not or they know who we are fully. That's what would be good to find out

**anton**
2023-04-12 12:48:34 UTC
I feel like if they actually knew they would reach out some other way.. so who knows.

**anton**
2023-04-12 12:48:39 UTC
Will be good to see the response

**jaume**
2023-04-12 12:49:48 UTC
Ok.. but I think answering this way you are acknowledging that there is info about you that you think is valuable and want to keep anonymous

**anton**
2023-04-12 12:50:14 UTC
That's kind of a given? We went through Aztec network

**anton**
2023-04-12 12:50:21 UTC
Of course we care about anonymity

**jaume**
2023-04-12 12:50:30 UTC
Plus you are acknowledging that you read ethers an and that the time limits make sense

**jaume**
2023-04-12 12:50:57 UTC
Well, just raising some points

**jaume**
2023-04-12 13:03:53 UTC

Ok, do whatever you think is best, but I would probably not say anything for now. To your question, they will probably answer "you will find out when we make it public and you 24h are up in x hours". Then, what will you say?

**jaume**
2023-04-12 13:05:17 UTC
If anything, I would ask who are you? They wońt say, but you are not admitting you have stuff to hide

**jaume**
2023-04-12 13:17:54 UTC
Everything you say now could potentially become a record in a trial.

**jaume**
2023-04-12 13:18:53 UTC
you could also answer. We are talking to our lawyers and will not be able to respond in 24 h. Who are you?

**jaume**
2023-04-12 21:53:53 UTC
do you know @felixsim?...lot so pictures of him in the internet?

**james**
2023-04-12 21:54:20 UTC
nope

**james**
2023-04-12 21:54:23 UTC
the thing is

**james**
2023-04-12 21:54:31 UTC
it's unlikely that felix sim is directly involved

**james**
2023-04-12 21:54:33 UTC
there's a few too many hops

**jaume**
2023-04-12 21:55:15 UTC
I see

**jaume**
2023-04-12 22:36:29 UTC
Do we have a meeting set up with the lawyers or not yet?

**james**
2023-04-12 22:36:38 UTC
we have one tomorrow morning

**james**
2023-04-12 22:36:41 UTC
the other one hasn't been scheduled

**james**
2023-04-12 22:37:06 UTC
this was really not the best time for anton to go to ny..

**jaume**
2023-04-12 22:37:13 UTC
How would the lawyers know if there is conflict of interest if they do not know the other party?

**james**
2023-04-12 22:37:26 UTC
not sure

**james**
2023-04-12 22:37:50 UTC
possible responses: (or some combination of the following) (edited)

**jaume**
2023-04-12 22:37:52 UTC
Is Anton not answering?

**james**
2023-04-12 22:37:55 UTC
no

**james**
2023-04-12 22:38:01 UTC
he's with friends or something, i'm not sure

**james**
2023-04-12 22:38:06 UTC
he said he'd be gone for an hour or two

**james**
2023-04-12 22:38:18 UTC
nothing

**james**
2023-04-12 22:40:47 UTC
I am unable to make any decisions until I have been advised by my attorney / My attorneys have advised me to not make any decisions until they have had a chance to look over the situation. (edited)

**james**
2023-04-12 22:42:26 UTC
I would not think a big company would want to prosecuted for "market manipulation" and put the rest of its business at risk

**james**
2023-04-12 22:43:37 UTC
please point out the law that I have broken.

**james**
2023-04-12 22:44:14 UTC
who are you?

**jaume**
2023-04-12 22:44:29 UTC
Yes, good answers. Not sure which one is best at point

**james**
2023-04-12 22:44:32 UTC

It appears that your company happens to run all of the sandwich bots

**anton**
2023-04-12 23:09:41 UTC
I'm here

**anton**
2023-04-12 23:09:45 UTC
I don't think we should respond

# Chat Name: james-anton-jaume
Date: 2023-04-12

Previous: james-anton-jaume-2023-04-11
Next: james-anton-jaume-2023-04-13