# Ex. D

**anton**
2023-04-03 16:36:28 UTC
Given possible complications + value at stake

**james**
2023-04-03 16:36:43 UTC
what do we do if law firm X says "you guys should return it"

**anton**
2023-04-03 16:36:50 UTC
We don't

**anton**
2023-04-03 16:36:58 UTC
We're their clients

**anton**
2023-04-03 16:37:14 UTC
They're used to dealing with far messier stuff than this

**james**
2023-04-03 16:38:19 UTC
maybe

**james**
2023-04-03 16:38:21 UTC
I guess

**anton**
2023-04-03 17:24:39 UTC
should we just do a chris bonus?

**anton**
2023-04-03 17:25:03 UTC
Say we know xchain hasn't been profitable yet but other business (atomic) has been quite good for us so this quarter happy to add a bonus + thank his patience on us moving ppl around projects (edited)

**anton**
2023-04-03 17:25:06 UTC
5k?

**anton**
2023-04-03 17:28:02 UTC
wait uh do you want a personal extension or not?

**james**
2023-04-03 17:28:21 UTC
yeah 5k is fine

**james**
2023-04-03 17:28:26 UTC
i already emailed arthur

**anton**
2023-04-03 17:28:30 UTC