# Ex. E

[Previous: james-anton-2023-11-03](#)
[Next: james-anton-2023-11-05](#)

**james**
2023-11-04 02:24:54 UTC
that was a very productive few hours

**james**
2023-11-04 02:25:02 UTC
feeling satisfied

**anton**
2023-11-04 02:50:02 UTC
oh sweet you finished it?

**anton**
2023-11-04 02:50:13 UTC
yeah it was nice to make some concrete progress today

**james**
2023-11-04 02:50:18 UTC
yeah done

**anton**
2023-11-04 13:36:58 UTC
Alright yeah getting push back on the w&c should not have asked

**anton**
2023-11-04 13:37:07 UTC
Should've been phrased as an update

**anton**
2023-11-04 13:45:14 UTC
We're democratic in our approach but at the end of the day if we say something it goes

**anton**
2023-11-04 13:45:26 UTC
This one was our mistake for phrasing it as requesting feedback

**anton**
2023-11-04 23:26:46 UTC
thoughts on buying + expensing sick monitors

**anton**
2023-11-04 23:26:59 UTC
are you content with your current set up?

**anton**
2023-11-04 23:27:09 UTC
im post-tax content with mine