# Ex. F

**anton**
2023-04-17 18:04:25 UTC
  theres tons of stuff on chrome already

**anton**
2023-04-17 18:04:36 UTC
  ok dude lets like idk we can talk about this offline

**anton**
2023-04-17 18:04:37 UTC
  you and i

**anton**
2023-04-17 18:04:43 UTC
  and spend our time with them more directed

**anton**
2023-04-17 18:09:33 UTC
  we'll send the written overview today/tmr AM i think and they'll probs read it by tmr — lets highlight these concerns in the doc

**anton**
2023-04-17 18:10:47 UTC
  • 10 EST

**anton**
2023-04-17 18:11:21 UTC
  we already have other sensitive stuff on cloud

**anton**
2023-04-17 18:22:07 UTC
  "i kind of love it" lmao

**anton**
2023-04-17 18:27:14 UTC
  that went about as well as this can go lmao

**anton**
2023-04-17 18:33:02 UTC
  need to do:
  • confidentiality on every doc
  • i need the blockscan screenshots

**anton**
2023-04-17 18:54:27 UTC
  Can u send me those screenshots asap tho

**james**
2023-04-17 19:24:23 UTC
  oh uh yeah

**james**
2023-04-17 19:27:10 UTC
  Attorney-Client Privileged: (edited)
     :white_check_mark: anton

**james**
2023-04-17 19:28:12 UTC
   *Attachments:*
      File: [Screenshot 2023-04-15 at 7.50.24 PM.png](#)
         ID: F053PS9EEVA
      File: [Screenshot 2023-04-15 at 7.50.35 PM.png](#)
         ID: F054B31PHDW
      File: [Screenshot 2023-04-15 at 7.50.42 PM.png](#)
         ID: F053EPV1R6J
      File: [Screenshot 2023-04-17 at 12.28.01 PM.png](#)
         ID: F054B360DA4

**james**
2023-04-17 20:03:10 UTC
   (Switched Lawyer-Client privileged -> Attorney-Client Privileged)

**anton**
2023-04-17 21:28:46 UTC
   you'll probs want to review this doc at some point
      :+1: james

**anton**
2023-04-17 21:28:49 UTC
   for missing details and what not

**anton**
2023-04-17 21:29:04 UTC
   I wouldn't worry about "too much" detail - its short enough still they can decide whats important

**anton**
2023-04-17 21:52:18 UTC
   wait till they find out this is all long term cap gains lmao
      :laughing: james

**anton**
2023-04-17 21:52:27 UTC
   Truly a magnum opus

**anton**
2023-04-17 23:12:00 UTC
   i knew it was chinese

**anton**
2023-04-17 23:17:21 UTC
   im neckbearding so hard rn

**anton**
2023-04-17 23:18:25 UTC
   Oh wait.. this is not the guy we're communicating with

**anton**
2023-04-17 23:18:33 UTC
   This is the other bot owner rip ok still worth something

# Chat Name: james-anton

**You on Thu 8:22 AM**

Legal counsel will be in touch in the next few days. Please stand by.

**0xca23c6...2d1137 on Thu 12:51 PM**

Why do you need legal counsel? We can solve it between us

**0xca23c6...2d1137 on Fri 12:07 AM**

We cant hold it for long, we are not sure if you are just stalling time

We need some gesture that will convince us to hold everything we do

We definitely prefer to talk then proceed but without seeing any kind of goodwill from your side there is not much we can do