# Ex. G

# Chat Name: omakase
## Date: 2023-09-28

[Previous: omakase-2023-09-27](#)
[Next: omakase-2023-09-29](#)

**james**
2023-09-28 00:32:27 UTC
   ok maybe hot take - I think we should be reaching out to Coinbase before we deposit stuff. We can reach out and ask about deposit limit and other things, maybe even do it over a call & ask about how they follow TRM sanctions stuff. Then once we've confirmed things one way or another we deposit larger amounts and get done with it sooner.

   A few reasons:
   • <https://help.coinbase.com/en/coinbase/other-topics/other/does-coinbase-freeze-accounts|https://help.coinbase.com/en/coinbase/other-topics/other/does-coinbase-freeze-accounts>
      ◦ seems like Coinbase won't freeze access to our funds without a request from law enforcement, which we're pretty certain doesn't yet exist. They might close access to our account, but anything that is USD can be withdrawn.
   • I think "flying under the radar" is incredibly unlikely. TRM is going to flag our address. I'd rather we flag it as a potential zone of concern rather than TRM. Given that it'll be flagged, the options are either a/ there is a public link or b/ there isn't. I'm more OK with Coinbase knowing who we are if there isn't a new public link.
   • I don't think asking questions is going to make coinbase go from "we're OK with this" to "we're not OK with this" (edited)

**james**
2023-09-28 00:33:08 UTC
   so we just lose the need to make a public link before knowing if itll work

**james**
2023-09-28 00:38:24 UTC
   I guess the core of the argument is this last bullet point. If we're asking over a call and asking about withdrawal limits etc too, I don't see what we lose by talking before depositing

**anton**
2023-09-28 03:12:10 UTC
   Fair enough, we can ask to speak with our customer service rep and over video describe the situation and have them give an assessment

**[redacted]**
2023-09-28 03:58:26 UTC
   Hmm fair points

**[redacted]**
2023-09-28 03:59:03 UTC
   I do see the logic that very little chance that we will fly under radar so might as well escalate sooner than later

**CC-1**
2023-09-28 09:11:04 UTC
   Even though they won't freeze access without a request from law enforcement. They could still choose to disable buy/sell services "for reasons including, but not limited to, high risk of fraud." In that case, if we deposit, we won't be able to convert to USD and withdraw. Unless, we convert everything we want to offramp to USDC on chain and just deposit that into coinbase. Maybe in that case, we'd be able to withdraw to bank even if the

TRM flag causes them to disable buy/sell services.  (edited)

**CC-1**
2023-09-28 10:13:29 UTC
The question is really whether talking to them would make them uncomfortable with the situation to decide to manually close our accounts. Versus, if they have an automated procedure of closing our account due to a TRM flag

**CC-1**
2023-09-28 10:17:48 UTC
I'm not sure how likely each of these is, but I think that after we make the first deposit (the direct link with the omakase validator), they probably would be notified of the situation before we finish offramping all the funds (either through TRM or through direct approach from sandwichers). So based on this, yeah maybe it's better to just talk to them before we start this process to understand where they stand.

I wonder whether we should just generally ask about how they follow TRM or if we want to outright ask about LCC. Maybe we start with the former, and depending on how clearly they answer our questions, we decide about doing the latter. (edited)

**anton**
2023-09-28 13:12:05 UTC
If we do talk to them I'd just get straight to the point about being LCC and confirm we'd not be violating any policies by withdrawing

**CC-1**
2023-09-28 13:14:41 UTC
Yeah sure, maybe the direct approach is better

**anton**
2023-09-28 14:38:48 UTC
Ok, should we ask for a call then

**anton**
2023-09-28 14:38:59 UTC
We don't really have a "rep" on coinbase like other places, can just try via chatbox to get a call with right person

**james**
2023-09-28 14:41:35 UTC
should plan exactly what we say

**james**
2023-09-28 14:41:41 UTC
i wouldnt admit to anything directly

**james**
2023-09-28 14:41:57 UTC
more ask about TRM flagging and fund freezing

**anton**
2023-09-28 14:42:27 UTC
I think not saying sounds a lot worse

**anton**
2023-09-28 14:42:34 UTC
Because we're on the safe end of addresses TRM flags  (edited)

**anton**
2023-09-28 14:43:24 UTC
We already know the freezing policy as stated above ^ — i think what we want to ask is whether they'll close our acc / whether they override TRM in cases like ours

CC-1
2023-09-28 14:46:04 UTC
I agree not saying might sound a lot more suspicious

**james**
2023-09-28 15:09:30 UTC
I think its possible to do it in a normal way, and making sure to use the passive voice.

"How do you use TRM/other compliance software?"

"We may end up in a position where we'd like to offramp funds associated with a TRM-flagged address. We've checked with our legal counsel and do not believe there there should be any problems on that front, but we just wanted to make sure that the TRM list wasn't an automatic block/account close"

(If need be)
"We believe the address is flagged because a non-American company is unhappy with some of the trades that were made, so they've used their connections to get it flagged and gain leverage in a civil dispute. We are under US jurisdiction and to our knowledge no action has been taken by the USGov on this matter in the 6 months since the trades occurred."

"Would it help if we shared the address in question?"

**james**
2023-09-28 15:10:13 UTC
I think we also want to be generally vague until they transfer us to the people that can actually answer the question

CC-1
2023-09-28 15:41:23 UTC
Yeah I like the phrasing of saying we've checked with our legal counsel, makes it less suspicious

**anton**
2023-09-28 15:58:43 UTC
over writing or over call?

**anton**
2023-09-28 15:58:49 UTC
idk how to get in contact with them other than support box

CC-1
2023-09-28 16:00:06 UTC
Do we know anyone who works there?

**anton**
2023-09-28 16:01:13 UTC
Bunin guy @james?

**anton**
2023-09-28 16:01:27 UTC
should check his twitter history to see disposition

2023-09-28 16:08:05 UTC

Maybe we can message through the support box: "Is it possible to schedule a call with a representative? We'd like to further understand Coinbase's User Policy and how it uses (compliance) software like TRM?" (edited)

**james**
2023-09-28 16:15:36 UTC

would prefer not to reveal until we know we're talking to the right person

**james**
2023-09-28 16:15:44 UTC

so yeah i mean could ask bunin to put us i. touch

**james**
2023-09-28 16:15:49 UTC

idt he's super pro though idk

CC-1
2023-09-28 16:17:49 UTC

Not to reveal even the question about TRM?

**anton**
2023-09-28 16:23:18 UTC

That seems reasonable to me

**anton**
2023-09-28 16:30:56 UTC

Submitted Circle application

:+1: ᶜᶜ⁻¹ ▇▇▇▇▇

**james**
2023-09-28 18:11:52 UTC

I guess asking generally is OK

**james**
2023-09-28 18:55:32 UTC

agreed

**james**
2023-09-28 19:04:18 UTC

yeah, the one you mentioned is OK, as long as we're not saying "we're flagged by TRM"

:+1: ᶜᶜ⁻¹

**james**
2023-09-28 19:35:59 UTC

   *Attachments:*
      *File: [Image from iOS](#)*
      *ID: F05U71ABJ6S*

CC-1
2023-09-28 19:44:09 UTC

Hmm any ideas why?

**james**

2023-09-28 19:44:37 UTC
probably restricted jurisdiction

**james**
2023-09-28 19:44:44 UTC
the bright news is that they still let him withdraw

**james**
2023-09-28 19:45:02 UTC
hopefully we get some clarity about the TRM stuff

# Chat Name: omakase
Date: 2023-09-28

Previous: omakase-2023-09-27
Next: omakase-2023-09-29