**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 23, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC)

Dear Judge Clarke:

      The Government writes respectfully regarding its motion *in limine*, (Dkt. 159), to preclude the defendants from relying at trial on "presence of counsel" evidence or arguments.

      By letter dated September 23, 2025, the defendants' counsel notified the Government of their request to "claw back" a document attached to the Government's motion, (*id.* at Ex. B), over which the defendants did not previously assert attorney-client privilege.[1]

      Although the Government does not believe that the defendants have met their burden to establish privilege over the document, the Government respectfully requests that, out of an abundance of caution, the Court file Exhibit B to the Government's motion under seal until the privilege claim can be further justified, permitting the parties to attempt to resolve any dispute without further intervention by the Court.

---

[1] The exhibit in question was reviewed by both the Government's privilege review team and the defendants' counsel before being released to the prosecution team. The Government confirmed with defense counsel on August 14, 2025 that the defendants did not seek to claim privilege over the exhibit and other documents. Today, in an abundance of caution, the Government also directed its filter team to segregate the document such that the prosecution team will no longer have access to it pending the defendants' further justification of their privilege assertion.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ _____

Jerry Fang
Danielle Kudla
Benjamin L. Levander
Ryan T. Nees
Assistant United States Attorneys
(212) 637-2584 / 2304 / 1930 / 1595

Cc:    Defense Counsel (by ECF)