UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTON PERAIRE-BUENO and JAMES PERAIRE-BUENO,

Defendants.

24-CR-293 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As discussed at today's conference, the parties may provide further argument with respect to their positions concerning the scheme to defraud jury instruction. The Court will email the parties the current version of the proposed instruction. Any letter brief from the parties with respect to this instruction shall not exceed three, single-spaced pages and shall be due no later than **October 3, 2025**. Additionally, the Government shall, by **October 1, 2025,** submit a letter, not exceeding three, single-spaced pages, detailing its position with respect to the clarification it seeks on the Court's ruling at ECF No. 163 at 9–10, regarding evidence or argument that the victims engaged in certain trading strategies. Defendant's response, subject to the same page limit, shall be due by **October 3, 2025.**

Dated:  September 30, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge