

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 3, 2025

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

      The Government respectfully writes, with consent of the defendants, to advise the Court of a scheduling conflict and to request a slight modification of the final pretrial conference ("FPTC") presently scheduled for October 9, 2025, at 2:30 p.m. As discussed below, the Government respectfully proposes that any argument solely relating to the Court's draft "scheme to defraud" instruction be conducted on October 8, 2025, subject to the Court's availability, but that any remaining matters—including any argument regarding the 2021 Salmonella attack—be addressed at the currently scheduled October 9, 2025 conference.

      The reason for the proposed modification is that the member of the Appeals Unit at the U.S. Attorney's Office who will be presenting argument regarding the "scheme to defraud" instruction will be traveling on October 9 and 10, which the Government's trial team learned only after the Court had already granted the defendants' request to schedule the FPTC on October 9, 2025 to accommodate defense counsel's religious observation on October 7 and 8. Counsel for the defendants consent to conducting any argument on the Court's draft "scheme to defraud" instruction on October 8, while maintaining the current October 9 date to address all other matters.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney
      Southern District of New York

    by:      /s/
      Danielle Kudla / Jerry Fang /
      Ben Levander / Ryan Nees
      Assistant United States Attorneys

Cc: Counsel of Record (by ECF)