LAW OFFICES
WILLIAMS & CONNOLLY LLP

PATRICK J. LOOBY
(202) 434-5150
plooby@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 4, 2025

<u>Via ECF</u>
The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, NY 10007

      Re:    *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC) – Defendants' Motion to Strike Overlength Pleading

Dear Judge Clarke:

    Defendants Anton Peraire-Bueno and James Peraire-Bueno respectfully move the Court to strike Exhibit A (ECF 169-1) to the government's letter submission on the proposed scheme-to-defraud jury instruction. The filing violates this Court's September 30, 2025, Order inviting the parties to submit letter briefs not to "exceed three, single-spaced pages." ECF 164. In addition to filing a letter brief that was at the 3-page limit (ECF 169), the government submitted an exhibit that is functionally an additional brief with multiple argumentative footnotes—together spanning more than a single-spaced page in size-10 font—that make new arguments and cite to new authorities. This is not the first time the government has disregarded the Court's rules on page limits. *See* ECF 83; ECF 91; ECF 159. (The Peraire-Buenos do not object to the redline in the body of the exhibit to the extent it relates to arguments made in the 3-page letter brief.)

                                                      Respectfully submitted,

By: <u>*/s/ William Fick*</u>
Fick & Marx LLP
*Counsel for Defendant*
*Anton Peraire-Bueno*

By: <u>*/s/ Patrick J. Looby*</u>
Williams & Connolly LLP
*Counsel for Defendant*
*James Peraire-Bueno*

cc: Counsel of Record via ECF