LAW OFFICES

## WILLIAMS & CONNOLLY LLP*

PATRICK J. LOOBY
(202) 434-5150
plooby@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 8, 2025

<u>Via ECF</u>
The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, NY 10007

> Re:   *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC) – Defendants'
> Proposed Jury Instruction Regarding Frozen Tether

Dear Judge Clarke:

Pursuant to the Court's September 29, 2025 Order, ECF 163 at 19, and without waiving their objection to the introduction of this evidence, *see* ECF 137, 138, Defendants Anton Peraire-Bueno and James Peraire-Bueno respectfully submit a proposed jury instruction regarding evidence that Tether froze cryptocurrency at the behest of a foreign government:

> You have heard evidence that the stablecoin provider Tether responded to an inquiry by the Peraire-Buenos regarding Tether's freeze of certain funds by referring the Peraire-Buenos to Israeli police. The Israeli investigation was closed before the Indictment in this case.[1] You may consider this evidence as bearing on the Peraire-Buenos' knowledge of an Israeli government investigation as of the date of Tether's response. This evidence has no bearing, however, on whether the Peraire-Buenos' alleged conduct violated the wire fraud statute. Nor does it mean that the Peraire-Buenos violated any Israeli law.

Respectfully submitted,

By: */s/ William Fick*
Fick & Marx LLP
*Counsel for Defendant*
*Anton Peraire-Bueno*

By: */s/ Patrick J. Looby*
Williams & Connolly LLP
*Counsel for Defendant*
*James Peraire-Bueno*

cc: Counsel of Record via ECF

---

[1] *See* 3509-008.