# EXHIBIT B

Court Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:    Anton Peraire-Bueno

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before United States District Court for the Southern District of New York, 500 Pearl Street, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:    **October 28, 2025, at 9:00 AM**

Appearance Place:    Courtroom 11B, 500 Pearl St., NY, NY 10007

to testify and give evidence in the following matter:

*United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

### SEE ATTACHED RIDER

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:    New York, New York
            October 26, 2025

/s/

JAY CLAYTON
*United States Attorney for the*
*Southern District of New York*



Danielle M. Kudla
Assistant United States Attorney
26 Federal Plaza, 37th Floor
Telephone:    212-637-2304
Email:        Danielle.Kudla@usdoj.gov

**<u>Trial Subpoena to Anton Peraire-Bueno</u>**
*United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

If, as, and when you determine that you will testify in your own defense at trial, produce any documents that exist in the following categories:

1. All text messages, Signal messages, WhatsApp, Discord, and Telegram messages as well as messages sent through any other application (or screenshots of such messages) with Jad Elmourad and/or Travis Chen.

2. All text messages, Signal messages, WhatsApp, Discord, and Telegram messages as well as messages sent through any other application (or screenshots of such messages) with Jaume Peraire and/or James Peraire-Bueno concerning 18Decimal (US), Inc. ("18Decimal"), Pine Needle Inc. ("Pine Needle"), and Birch Bark Trading LLC ("Birch Bark" and collectively, the "Companies").

3. All text messages, Signal messages, WhatsApp, Discord, and Telegram messages as well as messages sent through any other application (or screenshots of such messages) with Robert ("Bert") Miller.

4. All text messages, Signal messages, WhatsApp, Discord, and Telegram messages as well as messages sent through any other application (or screenshots of such messages) with ZachXBT.

5. Any communications with "experts" referenced in GX 6002 at 4:21:49 PM UTC.

6. All communications with Mercury, Coinbase, JPMorgan Chase, Circle, KuCoin, Bybit, TRM, Tether, Etherscan, or Chainalysis between September 1, 2022 and May 15, 2024.

7. Any communications with U.S. law enforcement concerning "threats" purportedly received by you from the Omakase block sandwich traders following the events of April 2, 2023.

8. Any communications with Israeli law enforcement.

9. Any documents establishing that the Companies used a privacy protocol or cryptocurrency mixer for any other activities apart from Omakase.

10. All legal retainer agreements on behalf of you and/or the Companies between November 1, 2021 and May 15, 2024.

11. All communications and documents concerning the formation of Birch Bark.

12. All communications and documents concerning the operations of Birch Bark apart from the passage of the funds obtained by you on April 2, 2023.

13. All communications and documents reflecting purported tax benefits associated with any financial transaction undertaken by you between April 2, 2023 and December 31, 2023, involving funds obtained through Omakase.

14. All communications with any person beyond Travis Chen, Jad Elmourad, Jaume Peraire, or James Peraire-Bueno who assisted you in conducting any financial transaction for the Omakase funds between April 2, 2023 and December 31, 2023.

15. All account-creation records related to low.carb.crusader@proton.me.

16. All communications sent to or from You, or on behalf of You, using low.carb.crusader@proton.me, omakse_enjoyer@proton.me, electric_millenium@proton.me, rsm_koinly_client@proton.me, and p2p_staking_client@proton.me.

17. All Massachusetts Institute of Technology academic transcripts.