WHITE & CASE

MEMO ENDORSED

October 31, 2025

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**VIA ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

   Re:  *United States v. Anton Peraire-Bueno*, et al., 24 Cr. 293
      (JGLC) – Motion for Leave to File Brief of Amicus Curiae

Dear Judge Clarke:

  This firm represents Coin Center,[1] a non-profit research and advocacy center focused on the public policy issues facing cryptocurrency and decentralized computing technologies. Coin Center respectfully moves for leave to file the accompanying *amicus curiae* brief in support of Defendants' objections to the "honest validator" theory of fraud.[2] Defendants have consented to this motion; the government has opposed it. *See* ECF 194, 195. We understand that the Court, having reviewed the parties' submissions, is inclined to grant Coin Center's request. *See* Trial Tr. 2209:1-14, October 29, 2025.

  Although there is no Federal Rule of Civil Procedure or Local Rule that governs motions to file *amicus* briefs in this Court, "[d]istrict courts have broad discretion to permit or deny the appearance of amici curiae in a given case." *Caballero v. Fuerzas Armadas Revolucionarias de Colombia*, No. 20-MC-00040-LJV, 2022 WL 633572, at *2 (W.D.N.Y. Mar. 4, 2022) (quoting *United States v. Yaroshenko*, 86 F. Supp. 3d 289, 290 (S.D.N.Y. 2015)). "The usual rationale for *amicus curiae* submissions is that they are an aid to the

---

[1] Coin Center hereby states, through counsel, that Coin Center has no parent corporation, and no publicly held corporation owns 10 percent or more of Coin Center stock.

[2] No party's counsel authored Coin Center's brief, in whole or in part. No party or party's counsel contributed money that was intended to fund preparing or submitting this brief. No person other than *amicus curiae* or its counsel contributed money that was intended to fund preparing or submitting this brief.

WHITE & CASE

The Honorable Jessica G. L. Clarke
October 31, 2025

court and offer insights not available from the parties." *Verizon New York Inc. v. Village of Westhampton Beach*, No. CV 11-252 (AKT), 2014 WL 12843519, at *1 (E.D.N.Y. Mar. 31, 2014).

Coin Center easily meets this criteria. Coin Center is a leading organization that advocates for sound policy for decentralized finance. Coin Center has submitted *amicus* briefs in matters involving government regulation of decentralized finance, including on issues related to the protection of users' rights to free speech, privacy, and due process. The proposed *amicus* brief seeks to provide the Court with sound legal arguments and industry perspective on the meaning of "honest validator" within the Ethereum community, as well as explain the consequences to that community if this Court adopts the prosecution's "honest validator" theory of fraud.

Therefore, Coin Center respectfully requests that this Motion be granted and that Coin Center be (1) added as an interested party in this matter, and (2) granted leave to file the attached *amicus* brief.

Thank you for your consideration of this request.

Respectfully submitted,

*Tami Stark*

**Tami Stark**
Partner

cc:     All counsel via ECF

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 203.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 3, 2025
       New York, New York

2