UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANTON PERAIRE-BUENO and JAMES PERAIRE-BUENO,<br><br>                    Defendants. | 24-CR-293 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

After a jury trial, the jury failed to return a verdict on any count against Anton Peraire-Bueno and James Peraire-Bueno. The Court thus declared a mistrial. The Court Exhibits from the jury trial are attached to this Order as follows:

- Court Exhibit 1: Draft Voir Dire
- Court Exhibit 2: Draft Preliminary Charge
- Court Exhibit 3: Draft PowerPoint for Preliminary Charge
- Court Exhibit 4: Scheme to Defraud Instruction
- Court Exhibit 5: Criminal Jury Strike Sheet – Government
- Court Exhibit 6: Criminal Jury Strike Sheet – Defendants
- Court Exhibit 7: Final Preliminary Charge
- Court Exhibit 8: Final PowerPoint for Preliminary Charge
- Court Exhibit 9: Final Voir Dire
- Court Exhibit 10: Government Pre-Admission List
- Court Exhibit 11: Salmonella Proposals
- Court Exhibit 12: Amended List of Exhibits Admitted Through Sebade Testimony
- Court Exhibit 13: List of Exhibits Admitted Through Pendland Testimony

- Court Exhibit 14: Draft Annotated Jury Instructions
- Court Exhibit 15: Final Verdict Form
- Court Exhibit 16: Final Annotated Jury Instructions
- Court Exhibit 17: Final Unannotated Jury Instructions
- Court Exhibit 18: Defense Objections to Final Jury Instructions
- Court Exhibit 19: Government Objections to Final Jury Instructions
- Court Exhibit 20: Final Admitted Exhibits and Illustrative Aids Index
- Court Exhibit 21: Jury Note 1 (received November 5, 2025, at 1:45 p.m.)
- Court Exhibit 22: Jury Note 2 (received November 5, 2025, at 4:09 p.m.)
- Court Exhibit 23: Jury Note 3 (received November 6, 2025, at 9:57 a.m.)
- Court Exhibit 24: Jury Note 4 (received November 6, 2025, at 10:03 a.m.)
- Court Exhibit 25: Jury Note 5 (received November 6, 2025, at 10:08 a.m.)
- Court Exhibit 26: Answer to Jury Notes 1 and 2
- Court Exhibit 27: Jury Note 6 (received November 6, 2025, at 12:11 p.m.)
- Court Exhibit 28: Jury Note 7 (received November 6, 2025, at 1:12 p.m.)
- Court Exhibit 29: Answer to Jury Note 6 (Redacted XOR Transcript)
- Court Exhibit 30: Answer to Jury Note 7
- Court Exhibit 31: Jury Note 8 (received November 6, 2025, at 3:48 p.m.)
- Court Exhibit 32: Answer to Jury Note 8 (Redacted Miller and Falk Transcripts)
- Court Exhibit 33: Jury Note 9 (received November 7, 2025, at 11:14 a.m.)
- Court Exhibit 34: Answer to Jury Note 9
- Court Exhibit 35: Jury Note 10 (received November 7, 2025, at 2:41 p.m.)

- Court Exhibit 36: Jury Note 11 (received November 7, 2025, at 6:08 p.m.)

Dated: November 7, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge