**Court Exhibit 5**

## Jury Selection Strike Sheet – Government

1. 4
2. 7
3. 10
4. 14
5. 20
6. 28

Alternate Jurors

1. 32
2. 36