**Court Exhibit 13**

List of Exhibits Admitted through Penland Testimony

- GX507
- GX 3012
- GX 3466
- GX 3467
- GX 3468
- GX 3469
- GX 3471
- GX 3471-A
- GX 3476
- GX 3480
- GX 3481
- GX 3481-A
- GX 3496
- GX 3499
- GX 3504
- GX 3506
- GX 3507
- GX 3510
- GX 3511
- GX 3512
- GX 3512-A
- GX 3513
- GX 3516
- GX 3520
- GX 3618
- GX 3619
- GX 3619-A
- GX 3621
- GX 3622
- GX 3623
- GX 3624
- GX 3626
- GX 3628
- GX 3628-A
- GX 3628-B
- GX 3630
- GX 3631
- GX 3633

**Court Exhibit 13**

- GX 3633-A
- GX 3634
- GX 3635
- GX 3636
- GX 3636-A
- GX 3638
- GX 3679
- GX 3685
- GX 3686
- GX 3689
- GX 3690
- GX 3698
- GX 3699
- GX 3699-A
- GX 3700
- GX 3700-A
- GX 3701
- GX 3702
- GX 3702-A
- GX 3703
- GX 3704
- GX 3705
- GX 3706
- GX 3707
- GX 3708
- GX 3713
- GX 3715
- GX 3716
- GX 3717
- GX 3718
- GX 3719
- GX 3720
- GX 3723
- GX 3724
- GX 3725
- GX 3726
- GX 3800
- GX 3951
- GX 4201
- GX 6013-M

- GX 6015
- GX 6016
- GX 6017
- GX 6018
- GX 6021
- GX 6022
- GX 6023
- GX 6401
- GX 6401-M
- GX 6402
- GX 6402-M
- GX 6412
- GX 6412-M
- GX 6413
- GX 6413-M
- GX 6414
- GX 6416
- GX 6416-M
- GX 6419-A-M
- GX 6419-B-M
- GX 6421-M
- GX 6422
- GX 6423
- GX 6701
- GX 6703
- GX 6703-M
- GX 6705-M
- GX 6707
- GX 6708
- GX 6712
- GX 6713
- GX 6719
- GX 6723
- GX 6724
- GX 6729
- GX 6730
- GX 6731
- GX 6733
- GX 6738
- GX 6743

**Court Exhibit 13**

- GX 6753
- GX 3466-M
- GX 3467-M
- GX 3486-M
- GX 3469-M
- GX 3471-M
- GX 3476-M
- GX 3480-M, GX 3480-M-1, GX 3480-M-2
- GX 3481-M
- GX 3499-M
- GX 3504-M
- GX 3506-M, GX 3506-M-1
- GX 3507-M
- GX 3510-M
- GX 3511-M
- GX 3512-M, GX 3512-M-1, GX 3512-M-2, GX 3512-M-3, GX 3512-M-4, GX 3512-M-5
- GX 3513-M
- GX 3516-M
- GX 3520-M
- GX 3800-M
- GX 6401-M
- GX 6402-M
- GX 6412-M
- GX 6413-M
- GX 6416-M
- GX 6701-M
- GX 6703-M