

4:09 p.m.

Question #2

Jury Note #2

Does wire fraud imply conspiracy to commit wire fraud if the defendants did not believe the conspiracy had an "unlawful purpose" (page 52) but did have an "intent to defraud" (page 39)?

The jury requests legal clarification regarding jury instructions III/F: Participation in the scheme with intent (page 39)

First we pose a hypothetical

1. Plan XYZ was a scheme to defraud and
2. Bob knowingly devised & participated in plan XYZ
3. Bob did not have "intent to defraud" / "fraudulent intent"

In this hypothetical, is it legally possible for all 3 to be true?
Or does 1 + 2 legally imply fraudulent intent?
If 1 + 2 + 3 are legally possible, please elaborate

We don't expect to finish today, and plan to end today about 4:30.

We would like to start at 9:30am tomorrow, is that acceptable?

[signature]