Question #4

Jury Note #4

10:03 am

We didn't realize we couldn't
have written copies of the
transcript. Please ignore last
request and we will refine
it.