

Question #6

Jury Note #6

12:11 pm

We would like to hear the transcript of Trans Chen's testimony, anything related to XOR, ~~testa~~ including direct, cross, & redirect.

(If possible, we would prefer it in writing rather than having it read to us)