

Question #7

Jury Note #7

1:12 pm

On p.39

"Willfully" means to act KNOWINGLY and purposely with WRONGFUL PURPOSE. In this definition is the wrongful purpose wrong in the knowledge and/or belief of the defendant at the time of the act or wrong as subsequently determined by the jury.

[signature]