

```
 1    █ ████████████████████████████████████████████████████
 2    ████████████████████████████████████
 3    █ ████████████████████████████████████████████████████
 4    █ ████████████████████████████████████████████████████
 5    ██████████████████████████████████████████████████
 6    █████████████████████
 7    █ ███████████████████████
 8    █ ██████████████████████████████████████████████
 9    ██████████████████████████████████████████████████████
10    ████████████████████████
11    █ ██████████████████████████████████████████████████████
12    █████████████████████████████████████████████████████
13    ██████████████
14            ██████████████  ██████████████████████████████
15    ████████████████████████████  ██████████████████████
16    ██
```

17   Q.  Mr. Chen, when you say the bait transactions included the
18   contract addresses, are you referring to these addresses?
19   A.  Yes.
20   Q.  Okay.  And are these unique identifying addresses for a
21   particular trader?
22   A.  Yes.
23   █ █████
24              ████████████  ██████████████████████
25   █ ████████████████████████████████████████

1  [redacted]
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  Q.  Mr. Chen, did you code the logic for the bait transactions?
7  A.  Yes.
8  Q.  Okay.  So based on the coded logic of the bait
9  transactions, how did you expect the bait trades to appear to
10 all other traders?
11 A.  It would depends on the software that other traders are
12 running.  If they were to simulate it, depending on the
13 transaction, it may be a buy, then a sell, it may be a buy,
14 depending on the particular transaction.
15 Q.  Did you expect that that bait transaction for all the other
16 traders would appear profitable or unprofitable?
17 A.  Referring to specifically the second category of trigger
18 strategy, we would expect it, if they simulated it as a bundle
19 specifically, to not be profitable for them, if they simulated
20 it the same way that we would simulate it locally.
21 Q.  Why did you and the defendants want the bait trade to
22 appear unprofitable to everyone apart from your target?
23 A.  Because we wanted the target sandwichers all to appear on
24 the block.
25 Q.  So let's focus on the contract address for a minute.

1      Was there ever a concern, Mr. Chen, that the sandwich
2  traders would catch on that they were being baited?
3  A.  There's some amount on my end.
4  Q.  How might they catch on?
5  A.  I think some of them may find it strange that there is a
6  particular trigger transaction that, for example, check their
7  balance of a token.
8  Q.  And the trigger transaction, what did you and the
9  defendants do to make it less likely that these particular
10 targets did not see their contract address in the trigger
11 transactions?
12 A.  We used what's called an XORing, which basically just
13 scrambles their contract address.
14 Q.  So let's focus for a second, because many may not be
15 familiar with XORing.
16      What is XOR logic?
17 A.  It is a common cryptography primitive that's used to take a
18 sequence of zeroes and ones or numbers and letters such as
19 ABCD, and turn it into XIJF.
20 Q.  Did you use this XOR logic in omakase?
21 A.  Yes.
22 Q.  Can you describe how you used it.
23 A.  We used it for checking for the arguments we passed into
24 our trigger contract.
25 Q.  And describe how XOR logic concealed the targets contract

1    address in the trigger transaction?
2    A.  I ultimately did not conceal the address that was being
3    queried because that is just a blockchain instruction.  It did
4    make the argument that was passed into a contract, not
5    explicitly the sandwicher contract address.
6    Q.  So using an example of a contract address that used the
7    word "Travis," how would XOR logic conceal that?
8    A.  It would -- the address would be passed in as like "ABCDE"
9    instead of "Travis."
10   Q.  Now, how did that make it less likely that your targets
11   identified that they were being baited?
12   A.  Depends on exactly what the sandwichers were doing on their
13   end.  But if they were to, for example, check the arguments
14   that are being passed into a contract, it wouldn't be their
15   address, it would be some permutation of their address.
16            MS. KUDLA:  Mr. Naguib, can you please publish
17   Government Exhibit 3494.
18   Q.  What channel is this?
19   A.  Omakase-keys.
20   Q.  And what's the date of this communication?
21   A.  February 2nd, 2023.
22   Q.  And let's start page 1, Jad's message.  He says:  Using the
23   fourth pair for testing on sandwicher, and he provides an
24   address, and then minter and trigger.
25            Now, what is Jad discussing here to the group?

1   A.  He is just sending one of the addresses we're using for
2   trigger testing.
3   Q.  Now, let's turn to page 2.
4           Starting with Anton at 13:20:55, Anton references:
5   Wait, couldn't you just use the same XOR key?
6           And you respond:  Ah, I see you might be right.
7           And Anton says:  As a matter of re-encrypting the new
8   address with the XOR key that's used.
9           Let's turn to page 2.
10          Mr. Chen, you say:  I'd still lean towards fresh
11  contract out of an abundance of paranoia in case this test
12  flagged something in our previous contract.
13          You reference an abundance of paranoia.  Who were you
14  concerned about with an abundance of paranoia?
15  A.  The sandwich bots.
16  Q.  And what were you concerned they would do?
17  A.  They may, for example, stop sandwiching transactions that
18  were sent to a particular contract.
19  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬
20      ▬▬▬▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
21  ▬▬▬▬▬
22  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
23  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24  ▬▬▬▬
25  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

1  ████████████████████████████████████████
2  ████████████████████████████████████████
3  ██   ██
4  Q.   And in your experience, when a user -- so taking a step
5  back from that, when a user submits a transaction to the
6  mempool, the transaction is encoded into a series of letters
7  and numbers, and those letters and numbers are what actually
8  appear in the mempool, right?
9  A.   The bytecode informs what a transaction will do.
10 Q.   And, so, when a bot encounters the transaction in the
11 mempool, it needs to decode it in order to see the fields that
12 otherwise would be listed on an English page, you know,
13 identifying the trade, right?
14 A.   Yes.
15 Q.   When the bot finds the transaction in the mempool, it
16 appears as this raw bytecode data, right?
17 A.   Yes.
18 Q.   And the raw bytecode appears the same -- in the mempool
19 appears the same for every potential searcher that's looking
20 for it, right?
21 A.   The raw bytecode is the same for every mempool viewer,
22 including searchers.
23 Q.   And any bot can take this raw data and decode it and run
24 simulations, right?
25 A.   Yes.

```
 1   Q.   And every bot would be using the exact same raw data to run
 2   their own simulations, right?
 3   A.   Yes.
 4
 5
 6
 7   Q.   The bytecode is the same, no matter who looks at it, right?
 8   A.   The bytecode is constant.
 9   Q.   But simulations are based on conditions, right?
10   A.   You can add anything to a simulation, including conditions.
11   Q.   So a bot can run a simulation with this transaction that it
12   sees in the mempool, and it can see how it behaves outside of a
13   bundle, right?
14   A.   For example, yes.
15   Q.   It could run a simulation with this transaction and see how
16   it behaves inside of a bundle, right?
17   A.   Yes.
18   Q.   And the specifics of how to construct the bundle for the
19   simulation would be up to the bot?
20   A.   Yes.
21   Q.   So in the case of a simulated sandwich bundle, the bot
22   would decide how large to simulate the front run?
23   A.   Yes.
24   Q.   And the bot would also decide what smart contract to use
25   for the front-run and back-run transactions in the simulated
```

1  bundle?
2  A.  Yes.
3  Q.  The bot could even test what would happen if the
4  transaction was sandwiched by a different smart contract,
5  right?
6  A.  They could.
7  Q.  And the bot can also simulate how the transaction would
8  behave if it was part of a bundle that was not a sandwich
9  attack?
10 A.  Yes.
11 Q.  There's practically no limit on how many times the bot can
12 simulate a particular transaction?
13 A.  Yes.  The only limit is time.
14 Q.  And with enough simulations, a bot could observe all of the
15 possible behaviors with a potential transaction?
16 A.  Yes.
17 Q.  So, the results of any simulation really depend on what the
18 particular searcher wants to test, right?
19 A.  Yes.
20 Q.  And the bot -- in this case, the sandwich bots controlled
21 the simulations that they did on the trigger transactions,
22 right?
23 A.  Yes.  The bytecode of the trigger transaction is constant,
24 but the other details of the bundle can be chosen by the
25 sandwicher.

1  Q.  Thank you.
2        Yesterday, you testified that the team used something
3  called XOR logic in the trigger transactions.
4        Do you recall that?
5  A.  Yes.
6  Q.  And you explained that you used XOR logic to check the
7  arguments you passed into the trigger transactions, right?
8  A.  Can you say that one more time?
9  Q.  You explained that you used the XOR logic to check the
10 arguments you passed into the trigger transactions?
11 A.  I think we XOR'd some of the arguments we passed into the
12 trigger transaction.
13 Q.  Okay.  Let's unpack exactly what that means.
14       The XOR logic is a pretty basic computer science
15 concept; is that right?
16 A.  It is a cryptography primitive, yes.
17 Q.  When you say primitive, do you mean that's -- it's for
18 people in this space, it's kind of basic or well-known?
19 A.  Every computer system implements it.
20 Q.  Essentially, XOR logic, in this context, is just a formula
21 that can be used to sequence letters and numbers and use them
22 to compute a new sequence, right?
23 A.  Yes.
24 Q.  Yesterday, I think you used the word scrambling to refer to
25 this, right?

1  A.  Yes.
2  Q.  But so long as a user has the formula for XOR logic, a user
3  with even basic computer science skills could reverse the
4  computation and find the original sequence, right?
5  A.  Can you repeat your question one more time?
6  Q.  I can.
7       So long as the user has the formula for the XOR logic,
8  a user with even basic computer science skills could reverse
9  the computation and find the original sequence, right?
10  ██████████    ████████████████
11  ██████████    ████████
12            THE WITNESS:  Yes.
13  BY MS. TREFZ:
14  Q.  And the formula for the XOR logic for the trigger
15  transactions was public, right?
16  A.  Yes.
17  ██████████    ██████████████████████████████████████
18  ██████████    ████████████
19            THE WITNESS:  Yes.
20  BY MS. TREFZ:
21  Q.  That formula existed in the smart contract, right?
22  A.  It existed if you interpreted the bytecode.
23  Q.  And that's what the computer -- that's what you would have
24  expected any bot to do, right?
25  A.  Most bots do some sort of interpretation of the bytecode.

1  Q.  And the input to the XOR logic is in the call data of the
2  trigger transaction, right?
3  A.  Yes.
4  Q.  And that was public, too?
5  A.  Yes.
6  Q.  And you expected the sandwich bots would run simulations on
7  the trigger transactions, right?
8  A.  Yes.
9  █ ████████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████████████
11 ██████████████████████████████████████
12       ████████████  ██████████████████████████
13       ████████████  ██████████████
14 ██████████████████
15 Q.  You expected that a sandwicher bot would unscramble the XOR
16 logic in a simulation?
17 A.  They could.  I don't know if I expected them to, but that
18 was an option that they could have taken.
19 █ ████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████████
21 ██████████████
22       ████████████  ██████████████████████████
23       ████████████  ██████████████
24 ██████████████████
25 Q.  Did you believe that sandwich bots could run multiple

1  simulations over a trigger transaction?
2  A.  Yes.
3  Q.  And I think you testified before that if you ran enough
4  simulations, you would be able to figure out everything you
5  wanted to know about the trigger transactions, right?
6  A.  If you -- you can see almost any effect it could have in
7  conjunction with other transactions, yes.
8  ████████  ████████████████████████████████
9  ████████████████████████████████████████████████
10 ████████████
11 ████████  ██████  ████████████████████
12 ██████████████
13 ████████
14 █ ██████████████████████████████████████████
15 ████████████
16      ██████████████
17 █ ██
18 █ ██████████████████████████████████
19      ████████████████
20 █ ██
21 █ ████████████████████
22 █ ██
23 █ ██████████████████████
24 █ ██
25 █ ████████████████



13        Briefly, you testified yesterday that XOR logic is a
14   formula that was encoded into the trigger transaction's smart
15   contract; is that right?
16   A.   Yes.
17   Q.   That formula is public because the smart contract bytecode
18   is public, right?
19   A.   Yes.
20   Q.   And a simulation of the trigger transaction automatically
21   executes the smart contract bytecode, right?
22   A.   Yes.
23   Q.   So any simulation of the trigger transaction would follow
24   the logic on the trigger transaction's smart contract?
25   A.   Yes.

1  Q.  And the smart contract logic reversed the XOR logic at the
2  beginning?
3  A.  Yes.
4  Q.  Thank you.

[Lines 5-25 redacted]