Court Exhibit 30

**JURY NOTE 7** – Court Exhibit 28

**Question:** On p. 39

"Willfully" means to act KNOWINGLY and purposely with WRONGFUL PURPOSE. In this definition is the wrongful purpose wrong in the knowledge and/or belief of the defendant at the time of the act or wrong as subsequently determined by the jury.

**Answer:** You must determine the state of mind of the defendant you are considering at the time of the alleged offense. That is, while it is up to you to find the facts, you are being asked to evaluate the defendant's knowledge and intent at the time of the alleged offense.