

Question #11

Jury Note #11

6:08 p.m.



Dear Judge Clarke,

We wanted to update you on the jury proceedings. We have followed your instructions and further explored the evidence. We have debated these facts in a robust manner, and in good faith with each member being open to the merits of the opposing viewpoints. At the end of this debate we held another vote. The jury members were also asked about the depth of their conviction with respect to the threshold question of reasonable doubt on the three counts, with the majority of our time spent on Count 2. The results of these deliberations are that we are no closer to a unanimous decision.

[three lines redacted]

We also wanted to share with you the emotional strain that the members of the jury are under. Yesterday, half of the jury spontaneously broke down in tears, and several members of the jury have reported multiple nights of sleeplessness. While this is a lesser concern, we have all



endured the financial and psychological hardship of being sequestered from our jobs and family for nearly a month.

~~A~~

At the time of the jury selection process you were advised that a member of the jury cannot serve beyond this evening due to longstanding commitments to attend to a hearing outside of the country. He was advised at that time, and again during the trial via Sophia Tran, that the timeline was on track and he would be released this evening. He is willing to stay as late as needed tonight, but needs to board his flight tomorrow.

Due to transportation and safety concerns there are several members of the jury who can stay no later than 7:30pm. However we are uniformly of the belief that we are not making any progress and we respectfully ask that we adjourn.

Sincerely,
The Jurors