

U.S. Department of Justice

*United States Attorney
Southern District of New York*

---

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

November 21, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

  The Government respectfully requests that the time between November 21, 2025, and the date of oral argument on Rule 29 briefing, *i.e.*, February 26, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Court to consider and rule on the defendants' anticipated Rule 29 motions, and for the parties to prepare for re-trial given the complexity of this case.

  Defense counsel has informed the Government that it consents to this request.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney

       by: /s/
          Jerry J. Fang / Danielle M. Kudla
          Benjamin L. Levander / Ryan T. Nees
          Assistant United States Attorneys
          (212) 637-2584 / (212) 637-2304
          (914) 993-1930 / (212) 637-1595

Cc: Defense Counsel (by ECF)