UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANTON PERAIRE-BUENO, ET AL.,<br>                              Defendants. | 24-CR-293 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that all parties appear for oral argument regarding Defendants' Rule 29 Motion with the Court on **February 26, 2026, at 10:00 a.m.** *See* ECF No. 219.

Dated:  November 20, 2025
          New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        JESSICA G. L. CLARKE
                                        United States District Judge