IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO, <br><br> Defendants. | Case No.: 1:24-cr-00293-JGLC |

**DEFENDANTS' NOTICE OF JOINT MOTION
FOR JUDGMENT OF ACQUITTAL OR,
ALTERNATIVELY, TO DISMISS THE SUPERSEDING INDICTMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials cited therein, Defendants James and Anton Peraire-Bueno jointly move this Court before the Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street, New York, New York, 10007, for an order granting judgment of acquittal on all Counts in the Superseding Indictment pursuant to Federal Rule of Criminal Procedure 29, or alternatively, dismissing the Superseding Indictment for failure to provide fair notice under the Fifth Amendment to the United States Constitution.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's November 13, 2025 Order (ECF 219), opposition papers, if any, shall be served by January 16, 2026, and reply papers, if any, shall be served by January 30, 2026.

| | |
|---|---|
| Date: December 12, 2025 | Respectfully submitted, |
| By: */s/ Patrick J. Looby* <br> Katherine Trefz (*pro hac vice*) <br> Daniel Shanahan (*pro hac vice*) <br> Patrick J. Looby (*pro hac vice*) | By: */s/ Daniel N. Marx* <br> Daniel N. Marx <br> William W. Fick (*pro hac vice*) <br> Fick & Marx LLP |

1

| | |
|---|---|
| Joseph Bayerl (*pro hac vice*)<br>Ikenna Ugboaja (*pro hac vice*)<br>Williams & Connolly LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>ktrefz@wc.com<br>dshanahan@wc.com<br>plooby@wc.com<br>jbayerl@wc.com<br>iugboaja@wc.com | 24 Federal Street, 4th Floor<br>Boston, MA 02110<br>Tel: 857-321-8360<br>dmarx@fickmarx.com<br>wfick@fickmarx.com<br><br>*Counsel for Defendant*<br>*Anton Peraire-Bueno* |
| Jonathan P. Bach<br>Shapiro Arato Bach<br>1140 Avenue of the Americas<br>17th Floor<br>New York, NY 10036<br>Tel: 212-257-4897<br>jbach@shapiroarato.com<br><br>*Counsel for Defendant*<br>*James Peraire-Bueno* | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Patrick J. Looby*
Patrick J. Looby