UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>    Defendants. | Case No. 1:24-cr-00293-JGLC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Anthony J. Dick of Jones Day hereby appears as counsel for proposed *amicus curiae* DeFi Education Fund in the above-captioned matter.

I certify that I am admitted to practice in this Court.


Dated: December 19, 2025            Respectfully submitted,

                                    */s/ Anthony J. Dick*
                                    Anthony J. Dick
                                    JONES DAY
                                    51 Louisiana Ave., NW
                                    Washington, D.C. 20001
                                    (202) 879-7679
                                    ajdick@jonesday.com

1