

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 17, 2026

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Government respectfully writes to provide an update on the parties' availability for a re-trial in this matter. *See* Dkt. 216 (prior letter regarding trial dates). Based on discussions between the parties, defense counsel has informed the Government as follows:

- Counsel for Anton Peraire-Bueno believes they will now be available for trial beginning in October 2026.

- Counsel for James Peraire-Bueno is available for trial throughout 2026, but have conflicts in the first half of 2027.

The defendants submit that it is unnecessary at this point to set a date for a retrial that they do not believe should occur. The defendants understand that the Court will follow up to set a new trial date if one is necessary, ECF 219 at 2, and the defendants will be available to address a potential schedule if the Court would like to do so at any point. The Government submits that setting a trial date now is appropriate, especially given the limited availability of counsel. The Government seeks the earliest available trial date convenient for the Court, that allows sufficient advance notice to confirm witness availability.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by: _____/s/_____
        Danielle Kudla / Jerry Fang /
        Benjamin Levander / Ryan Nees
        Assistant United States Attorneys

Cc: Counsel of Record (by ECF)