UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTON PERAIRE-BUENO and JAMES PERAIRE-BUENO,

Defendants.

24-CR-293 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that all parties appear for oral argument regarding Defendants' Rule 29 Motion on **March 23, 2026, at 10:00 AM**. The argument will take place in Manhattan at a courtroom to be announced nearer to the date. Per the Court's February 23, 2026 Order, the previously scheduled oral argument for February 26, 2026 is adjourned.

Dated: February 24, 2026
       White Plains, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge