

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 24, 2026

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**Re:** *United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

Pursuant to 18 U.S.C. § 3161(h)(7), the Government respectfully writes, with the consent of all defendants, to request that Speedy Trial time be excluded between February 26, 2026 and March 23, 2026 to accommodate the rescheduling of the Rule 29 oral argument conference.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: /s/
    Jerry Fang, Danielle Kudla,
    Benjamin L. Levander, and Ryan T. Nees
    Assistant United States Attorneys
    (212) 637-2584 / 2304 / 2571 / 1595

Cc:    Defense Counsel (by ECF)