

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 24, 2026

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150



Re: *United States v. Anton Peraire-Bueno, et al.*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    Pursuant to 18 U.S.C. § 3161(h)(7), the Government respectfully writes, with the consent of all defendants, to request that Speedy Trial time be excluded between February 26, 2026 and March 23, 2026 to accommodate the rescheduling of the Rule 29 oral argument conference.

                              Respectfully submitted,

                              JAY CLAYTON
                            United States Attorney

               by: /s/ _____
                    Jerry Fang, Danielle Kudla,
                    Benjamin L. Levander, and Ryan T. Nees
                    Assistant United States Attorneys
                    (212) 637-2584 / 2304 / 2571 / 1595

Cc:    Defense Counsel (by ECF)

Application GRANTED. The Court finds that the ends of justice served by excluding the time between February 26, 2026, and March 23, 2026, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C.§ 3161(h)(7)(A) because, among other things, the exclusion of time will allow the parties to argue Defense Counsel's Rule 29 Motion. It is hereby ORDERED that the time between February 26, 2026, and March 23, 2026, is excluded.

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Dated: February 24, 2026
        White Plains, New York