UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTON PERAIRE-BUENO and
JAMES PERAIRE-BUENO,

Defendants.

24-CR-293 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The oral argument scheduled for March 23, 2026, *see* ECF No. 240, will now be on

**March 13, 2026, at 10:00 AM**. The argument will take place in Manhattan at a courtroom to

be announced nearer to the date.

Dated: February 26, 2026
        White Plains, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge